## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANTHONY YOUNG,<br>on behalf of Plaintiff and the class<br>members described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:25-cv-01893-TWP-MJD |
| WLCC LENDING FFL d/b/a<br>FAST FUND LENDING;<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION;<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION II d/b/a WLCC II;<br>BRET A. CRANDALL;<br>RAYCEN RAINES, III, also known as<br>RAYCEN AMERICAN HORSE RAINES<br>and formerly known as RAYCEN<br>BALLARD;<br>DIMENSION CREDIT (CAYMAN), L.P.;<br>SEVEN MILE CREDIT, LLC;<br>and DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | DEMAND FOR TRIAL BY JURY |
| Defendants. | ) ) | |

## AMENDED COMPLAINT – CLASS ACTION

1.      Plaintiff Anthony Young brings this action to secure redress from predatory and unlawful loans (such as Exhibit A) made by Defendants herein using the name of WLCC Lending FFL d/b/a Fast Fund Lending.

2.      Plaintiff alleges violation of the rate limitations of the Indiana Uniform Consumer Credit Code (Count I) and violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1964 (Counts II-III).

## JURISDICTION AND VENUE

3.      The Court has subject matter jurisdiction under 28 U.S.C. § 1331, 28 U.S.C. §1332(d), 18 U.S.C. § 1964, and 28 U.S.C. § 1337.

4.      On information and belief, there are more than 100 members of the class.

-1-

5.      The amount in controversy, on a classwide basis, exceeds $5 million, exclusive of interest and costs.

6.      This Court has personal jurisdiction over Defendants because they:

        a.      Knowingly participated in the making and collection of unlawful loans to Indiana residents. In similar actions against purported "tribal" lenders, courts have held that personal jurisdiction over the persons involved in making the loans exists in the state where the borrower obtained a loan via the Internet, and in which loan funds were disbursed via ACH transfer. *Gingras v. Rosette*, 5:15cv101, 2016 U.S. Dist. LEXIS 66833, 2016 WL 2932163, at *2-3, *9 (D. Vt. May 18, 2016)*, aff'd sub nom. Gingras v. Think Fin., Inc.*, 922 F.3d 112 (2d Cir. 2019) (finding that tribal lending entity's contacts with Vermont "would have been sufficient to subject [the tribal entity] to personal jurisdiction in Vermont" for purposes of claims for violations of state and federal law, including state usury laws and RICO, where tribal entity operated a website that advertised loans in Vermont, sent emails and loan applications to Vermont consumers and transferred loan principal to consumers' Vermont bank accounts); *Duggan v. Martorello*, 18cv12277, 2022 U.S. Dist. LEXIS 58075, at *33-34, 2022 WL 952183 (D. Mass. Mar. 30, 2022); *Dawkins v. Blue Dart Ventures*, 8:20cv2353, 2021 U.S. Dist. LEXIS 130297 (M.D. Fla. Apr. 1, 2021).

        b.      Selected which states to offer loans in, thereby targeting those states. *Illinois v. Hemi Group, LLC*, 622 F.3d 754, 760 (7th Cir. 2010).

7.      Venue is proper because acts to obtain and collect the loans impacted Plaintiff in Indiana.

8.      Article III is satisfied because actions for statutory damages and invalidation of loans for usury were entertained by the courts of England and the United States in 1787. English Usury Act of 1713, 12 Anne Session 2 c. 17. All thirteen original American states replaced the English usury statutes with their own usury laws between 1641 and 1791. Christopher L. Peterson, *Usury Law, Payday Loans, and Statutory Sleight of Hand: Salience Distortion in American Credit Pricing Limits*, 92 Minnesota Law Review 1110, 1116-18 (April 2008), summarizing statutes allowing 5% to 8%

interest.

## PARTIES

### Plaintiff

9.      Plaintiff Anthony Young  is a citizen of Indiana and a resident of Indianapolis, Indiana.

### Defendants

10.      Defendant WLCC Lending FFL d/b/a Fast Fund Lending ("Fast Fund Lending") is an entity, purportedly organized under the law of the Oglala Sioux Tribe, that operates using the address of P.O. Box 70, Solon, Iowa 52333.  The address is not on the lands of the Oglala Sioux.

11.      Fast Fund Lending claims to be "wholly owned by the Wakpamni Lake Community Corporation, a tribal entity owned by Wakpamni Lake Community."

12.      Fast Fund Lending makes loans via a website, https://www.fastfundlending.com/.

13.      Defendant Wakpamni Lake Community Corporation ("WLCC") is a corporation organized under the law of the Oglala Sioux Tribe.

14.      Defendant Wakpamni Lake Community Corporation II ("WLCC II")  is a corporation organized under the law of the Oglala Sioux Tribe.

15.      Defendant Raycen Raines, III, also known as Raycen American Horse Raines and formerly known as Raycen Ballard ("Raines"), is a citizen of South Dakota believed to reside at 3503 or 3505 Chapel Hill Road, Rapid City, SD 57702. On information and belief, he is a board member and Chief Executive Officer of WLCC.

16.      On information and belief, Raines has taken a lead role in originating the Internet lending business complained of herein, and in organizing WLCC and acquiring capital for lending.

17.      Defendant Bret A. Crandall ("Crandall") is an individual believed to be a citizen of Maryland and to reside at 1707 Randall Dr., Solon, IA 52333-9424, or 1413 Foxwood Court, Annapolis, MD 21409. On information and belief, he is employed by WLCC as director of compliance.

-3-

18.     Geneva Lone Hill ("Hill"), now deceased, was a citizen of South Dakota and president of WLCC.

19.     Defendant Seven Mile Credit, LLC is a limited liability company that operates from 190 Elgin, Cayman Islands.  It also uses the address 20 Genesis Close, George Town, KY1-1208, Cayman Islands.

20.     Defendant Dimension Credit (Cayman), L.P. is a limited partnership entity that also operates from 190 Elgin, Cayman Islands.

21.     Defendant Dimension Credit (Cayman), L.P. describes itself as "[a] specialty finance firm focused on direct lending. Founded in 2014, Dimension Credit is a specialty finance firm focused on direct lending.  Dimension Credit executives have extensive management experience in senior secured lending, investment banking, and portfolio management. We leverage a data driven approach that drives our underwriting and risk management delivering consistent attractive returns for our investors."

22.     John Does 1-20 are other natural or artificial persons who participated in the Internet lending scheme complained of herein.

## FACTS

### FACTS RELATING TO INTERNET LENDING BUSINESS

23.     Raines, Hill, and others developed a plan to make illegal high-interest loans over the Internet, while evading liability for such loans by purporting to use the tribal immunity of the Oglala Sioux Tribe.

24.     Raines and Hill initially asked the Economic Development Office of the Oglala Sioux Tribe to enter into a business arrangement for the conduct of a high-interest consumer lending business.

25.     The Economic Development Office declined to enter into any such business arrangement.

26.     Raines and Hill thereupon formed WLCC and later WLCC II.

-4-

27.     On information and belief, at a January 2012 meeting of the Wakpamni district of the Oglala Sioux Tribe, Raines stated, "these big industries," referring to online lenders, "need to move onto sovereign land," and that "[m]y advice is don't take out a payday loan. . . Let the white people take out the loan and let us make money off them."  Eamon Javers, *How Some Payday Lenders Charge Over 700% on Loans,* CNBC.com, Sept. 17, 2012, https://www.cnbc.com/id/49035819.

28.     While WLCC and WLCC II purport to be tribal entities, they are in fact operating contrary to the wishes of tribal authorities.

29.     A large number of entities were chartered for the purpose of conducting high-interest Internet lending, for the principal benefit of non-tribal persons.

30.     These included, besides WLCC Lending FFL d/b/a Fast Fund Lending:  WLCC Lending JEM d/b/a Explore Credit;  WLCC Lending FFG d/b/a Falcon Funding Group; WLCC Lending BGL d/b/a Bison Green Lending; WLCC Lending FHC, d/b/a Fox Hills Cash; WLCC II d/b/a Arrowhead Advance; WLCC Lending AIL d/b/a Good Loans Fast; WLCC Lending TLP d/b/a Rapid Loan; Black Hawk Financial d/b/a Title Loan Fast; WLCC Lending MSS d/b/a MyBackWallet; WLCC Lending GEG d/b/a TheGanEdenGroup.com; Checkadvanceusa.net; WLCC Lending CFC d/b/a Consumer First Credit; Green Circle Lending; Rolling Plains Cash; Cash on Cloud 9; Easy Cash Online Store; BaysideCash.com; Whisper Rock, LLC; BeachsideCash.com; Blvdcash.com; Fast Money Store; FiresideCash.com; Seaside Dollar; SeasidePayday.com; WLCC Lending MFT d/b/a Merit Financial Trust; and WLCC Lending MFT d/b/a Ocean Park Funding.

31.     The actual lending operations were carried out and continue to be carried out in locations other than tribal lands.

32.     For example, Defendant WLCC Lending FFL uses an address in Solon, Iowa, not on tribal lands.

33.     In fact, the lending operations conducted under the name WLCC Lending FFL d/b/a Fast Fund Lending are conducted for the benefit of Defendants Dimension Credit (Cayman),

L.P. and Seven Mile Credit, LLC.

34.     The operations that are not conducted on tribal land include lead generation, marketing, funding, underwriting, payment processing, and collection.

35.     No member of the Tribe participates in the day to day lending operations.

36.     The funds for making the loans come from Dimension Credit (Cayman), L.P., Seven Mile Credit, LLC, and their investors and affiliates.

37.     Seven Mile Credit, LLC has a UCC-1 lien on all assets of WLCC Lending FFL d/b/a Fast Fund Lending.

38.     Dimension Credit (Cayman), L.P. in turn has a UCC-1 lien on the relevant assets of Seven Mile Credit, LLC.

39.     The purpose of these liens is to control the lending activities complained of herein.

40.     Raines and Hill made Crandall director of compliance for WLCC. Crandall implemented the lending practices engaged in by WLCC and WLCC II.

41.     The Oglala Tribe receives no benefit from the lending operations.

42.     WLCC and WLCC II receive a small fee for each loan made.

43.     The funds lent are transferred by ACH credit to the borrowers' bank accounts throughout the United States.

44.     Repayment of the loans is made by ACH debit from the borrowers' bank accounts throughout the United States.

## FACTS RELATING TO PLAINTIFF

45.     On or about August 7, 2024, Fast Fund Lending made a loan to Plaintiff via Internet in the  amount of $400 at a disclosed annual percentage rate of 583.66%. (Exhibit A)

46.     Exhibit A is a standard form loan agreement used by "Fast Fund Lending" on a regular basis.

47.     Defendants regularly make loans to individuals in Indiana at such rates. On information and belief, they have made over 100 such loans.

48.     The loan was obtained for personal, family or household purposes and not for business purposes.

49.     Defendants sought out Indiana residents for such loans.

50.     The Fast Fund Lending website lists states in which Defendants will not make loans. Indiana is not one of these states. (Exhibit B, p. 16 of 17)

51.     Plaintiff has made payments on the loan, including interest payments.

52.     Defendants claim amounts are still owed on the loan.

## INDIANA REGULATION OF LENDING

53.     The Indiana Uniform Consumer Credit Code establishes a maximum loan finance charge of 36%.

54.     Ind. Code § 24-4.5-3-201, authorizes a maximum 25% per annum for consumer loans other than supervised loans. It provides:

(1) Except as provided in subsections (7) and (9), with respect to a consumer loan, other than a supervised loan (as defined in section 501 [IC 24-4.5-3-501] of this chapter), a lender may contract for a loan finance charge, calculated according to the actuarial method, not exceeding twenty-five percent (25%) per year on the unpaid balances of the principal (as defined in section 107(3) [IC 24-4.5-3-107(3)] of this chapter). . . .

55.     With respect to supervised loans, the Indiana Uniform Consumer Credit Code, Ind. Code § 24-4.5-3-508, provides:

Loan finance charge for supervised loans.

(1) With respect to a supervised loan, including a loan pursuant to a revolving loan account, a supervised lender may contract for and receive a loan finance charge not exceeding that permitted by this section.

(2) The loan finance charge, calculated according to the actuarial method, may not exceed the equivalent of the greater of:

(a) the total of:

(i) thirty-six percent (36%) per year on that part of the unpaid balances of the principal (as defined in section 107(3) [IC 24-4.5-3-107(3)] of this chapter) which is two thousand dollars ($2,000) or less;

(ii) twenty-one percent (21%) per year on that part of the unpaid balances of the principal (as defined in section 107(3) of this chapter) which is more than

two thousand dollars ($2,000) but does not exceed four thousand dollars ($4,000); and

(iii) fifteen percent (15%) per year on that part of the unpaid balances of the principal (as defined in section 107(3) of this chapter) which is more than four thousand dollars ($4,000); or

(b) twenty-five percent (25%) per year on the unpaid balances of the principal (as defined in section 107(3) of this chapter). . . .

56. There is also a provision for small loans, Ind. Code § 24-4.5-7-101 *et seq.*, but it does not authorize the rates charged by Defendants and requires that small loans conform to other requirements that Defendants' loans do not comply with.

57. Ind. Code. § 24-4.5-7-201, "Limitations on finance charges," provides:

(1) Finance charges on the first two hundred fifty dollars ($250) of a small loan are limited to fifteen percent (15%) of the principal.

(2) Finance charges on the amount of a small loan greater than two hundred fifty dollars ($250) and less than or equal to four hundred dollars ($400) are limited to thirteen percent (13%) of the amount over two hundred fifty dollars ($250) and less than or equal to four hundred dollars ($400).

(3) Finance charges on the amount of the small loan greater than four hundred dollars ($400) and less than or equal to five hundred fifty dollars ($550) are limited to ten percent (10%) of the amount over four hundred dollars ($400) and less than or equal to five hundred fifty dollars ($550).

(4) The amount of five hundred fifty dollars ($550) in subsection (3) is subject to change under the provisions on adjustment of dollar amounts (IC 24-4.5-1-106). However, notwithstanding IC 24-4.5-1-106(1), the Reference Base Index to be used under this subsection is the Index for October 2006.

58. The amount of finance charge provided for in Exhibit A is more than double that permitted in Indiana under any provision.

59. Ind. Code § 24-4.5-1-201, "Territorial application," provides:

(1) Except as otherwise provided in this section, this article applies to sales, leases, and loans made in this state and to modifications, including refinancings, consolidations, and deferrals, made in this state, of sales, leases, and loans, wherever made. For purposes of this article, the following apply: . . .

(c) A loan or modification of a loan agreement is made in this state if a writing signed by the debtor and evidencing the debt is received by the lender or a person acting on behalf of the lender in this state.

-8-

(d) Except as provided in subdivisions (e) and (f), a sale, lease, or loan transaction occurs in Indiana if a consumer who is a resident of Indiana enters into a consumer sale, lease, or loan transaction with a creditor or a person acting on behalf of the creditor in another state and the creditor or the person acting on behalf of the creditor has advertised or solicited sales, leases, or loans in Indiana by any means, including by mail, brochure, telephone, print, radio, television, the Internet, or electronic means.

(e) A sale, lease, or loan transaction does not occur in Indiana if a consumer who is a resident of Indiana enters into a consumer sale, lease, or loan transaction secured by an interest in land located outside Indiana.

(f) A sale, lease, or loan transaction does not occur in Indiana if a consumer who is a resident of Indiana enters into a consumer sale, lease, or loan transaction at a creditor's place of business in another state.

For purposes of subdivisions (a) through (c), an offer is received by a creditor or a person acting on behalf of the creditor in Indiana if the offer is physically delivered, or otherwise transmitted or communicated, to a person who has actual or apparent authority to act for the creditor or the person acting on behalf of the creditor in Indiana, regardless of whether approval, acceptance, or ratification by any other agent or representative of the creditor or the person acting on behalf of the creditor in another state is necessary to give legal consequence to the consumer credit transaction. . . .

(5) Notwithstanding other provisions of this section:

(a) except as provided in subsection (2), this article does not apply if the buyer, lessee, or debtor is not a resident of this state at the time of a credit transaction and the parties then agree that the law of the buyer's, lessee's, or debtor's residence applies; and

(b) this article applies if the buyer, lessee, or debtor is a resident of this state at the time of a credit transaction and the parties then agree that the law of this state applies.

(6) Except as provided in subsection (5), the following agreements by a buyer, lessee, or debtor are invalid with respect to consumer credit sales, consumer leases, consumer loans, or modifications thereof, to which this article applies:

(a) An agreement that the law of another state shall apply.

(b) An agreement that the buyer, lessee, or debtor consents to the jurisdiction of another state.

(c) An agreement that fixes venue. . . .

(8) If a creditor or a person acting on behalf of the creditor has violated the provisions of this article that apply to the authority to make consumer loans (IC 24-4.5-3-502), the loan is void and the debtor is not obligated to pay either the principal or loan finance charge, as set forth in IC 24-4.5-5-202.

60.    Ind. Code § 24-4.5-5-202, "Effect of violations on rights of parties," provides:

. . .  (3) A debtor is not obligated to pay a charge in excess of that allowed by this Article, and *if the debtor has paid an excess charge the debtor has a right to a refund.* A refund may be made by reducing the debtor's obligation by the amount of the excess charge. If the debtor has paid an amount in excess of the lawful obligation under the agreement, the debtor may recover the excess amount from the person who made the excess charge or from an assignee of that person's rights who undertakes direct collection of payments from or enforcement of rights against debtors arising from the debt.

*(4) If a debtor is entitled to a refund and a person liable to the debtor refuses to make a refund within a reasonable time after demand, the debtor may recover from that person a penalty in an amount determined by a court not exceeding the greater of either the amount of the credit service or loan finance charge or ten (10) times the amount of the excess charge. If the creditor has made an excess charge in deliberate violation of or in reckless disregard for this Article, the penalty may be recovered even though the creditor has refunded the excess charge.* No penalty pursuant to this subsection may be recovered if a court has ordered a similar penalty assessed against the same person in a civil action by the department (IC 24-4.5-6-113). With respect to excess charges arising from sales made pursuant to revolving charge accounts or from loans made pursuant to revolving loan accounts, no action pursuant to this subsection may be brought more than two (2) years after the time the excess charge was made. With respect to excess charges arising from other consumer credit sales or consumer loans, no action pursuant to this subsection may be brought more than one (1) year after the due date of the last scheduled payment of the agreement pursuant to which the charge was made. . . .

(7) If the creditor establishes by a preponderance of evidence that a violation is unintentional or the result of a bona fide error, no liability is imposed under subsections (1), (2), and (4) and the validity of the transaction is not affected.

(8) In any case in which it is found that a creditor has violated this Article, the court may award *reasonable attorney's fees* incurred by the debtor. . . .  (Emphasis added)

## RENT-A-TRIBE SCHEMES

61.    In an attempt to evade prosecution under usury laws of states like Indiana, non-tribal owners of online payday lending businesses frequently engage in a business model commonly referred to as a "rent-a-tribe" scheme.

62.    Here, and in such schemes, non-tribal payday lenders create an elaborate charade claiming their non-tribal businesses are owned and operated by Native American tribes.

63.    The illegal payday loans are then made in the name of a Native American tribal business entity which purport to be shielded from state and federal laws prohibiting usury due to tribal sovereign immunity. However, the tribal lending entity is simply a facade for an illegal lending

scheme; all substantive aspects of the payday lending operation—funding, marketing, loan origination, underwriting, loan servicing, electronic funds transfers, and collections—are performed by individuals and entities that are unaffiliated with the tribe.

64.     In exchange for use of the tribe's name, the beneficial owner of the payday lending scheme pays the cooperating tribe a fraction of the revenues generated. While the percentage varies from scheme-to-scheme, the number is almost always in the single digits.

65.     However, an entity must function as a legitimate "arm of the tribe" in order to fall under that tribe's sovereign immunity. *See Breakthrough Mgmt. Grp., Inc. v. Chukchansi Gold Casino & Resort*, 629 F.3d 1173, 1183 (10th Cir. 2010).

66.     To determine if a particular entity is entitled to sovereign immunity, the majority of courts have adopted the framework laid out in *Breakthrough*, which analyzed "(1) [the entities'] method of creation; (2) their purpose; (3) their structure, ownership, and management, including the amount of control the tribe has over the entities; (4) whether the tribe intended for the entities to have tribal sovereign immunity; (5) the financial relationship between the tribe and the entities; and (6) whether the purposes of tribal sovereign immunity are served by granting immunity to the entities." *Breakthrough* at 1183, 1187-88.

67.     These so-called "tribal lenders" usually do not survive scrutiny when examined closely, since virtually all business functions occur far from tribal land, by non-tribal members, and overwhelmingly benefit non-tribal members to such a degree that tribal involvement is effectively nil. *See Ransom v. Greatplains Fin., LLC*, 2025 U.S. App. LEXIS 19539, 148 F.4th 141, 2025 LX 396789, 2025 WL 2203417 (3d Cir. 2025).

68.     Where non-tribal individuals and entities control and manage the substantive lending functions, provide the lending capital necessary to support the operation, and bear the economic risk associated with the operation, they are not in fact "operated" by Native American tribes and, therefore, are not shielded by sovereign immunity.

69.     Further, sovereign immunity, even if legitimately invoked, still does not turn an

-11-

otherwise illegal loan into a legal one. *See, e.g., United States v. Neff,* 787 F. App'x 81 (3d Cir. 2019) (upholding criminal convictions of two individuals engaged in an online payday lending rent-a-tribe scheme; sovereign immunity does not transform illegal loans into legal ones, and "reasonable people would know that collecting unlawful debt is unlawful").

70. Attempting to circumvent state interest rate caps by fraudulently hiding behind tribal sovereign immunity has been found to constitute criminal conduct. On October 13, 2017, a jury in the U.S. District Court for the Southern District of New York convicted Scott Tucker and Timothy Muir on 14 felony counts for their operation of a network of tribal lending companies. *See United States v. Tucker, et al.,* No. 1:16-cr-00091-PKC (S.D.N.Y.). The conviction was affirmed in *United States v. Grote,* 961 F.3d 105 (2d Cir. 2020).

71. The excessive interest charges imposed by Defendants were intentional.

## COUNT I – INDIANA UNIFORM CONSUMER CREDIT CODE

72. Plaintiff incorporates paragraphs 1-71.

73. This claim is against all Defendants.

74. Because the loan made to Plaintiff violated the rate limits set by Indiana law, and the violation was intentional, Plaintiff and other borrowers are entitled to ten (10) times the amount of the excess charge.

## CLASS ALLEGATIONS

75. Plaintiff brings this claim on behalf of a class, pursuant to Fed. R. Civ. P. 23(a) and (b)(3).

76. The class consists of (a) all individuals with Indiana addresses (b) to whom a loan was made in the name of "Fast Fund Lending" at more than 36% interest (all of its loans qualify) (c) on which the last scheduled payment is on or after a date one year prior to the filing of this action.

77. Plaintiff may alter the class definition to conform to developments in the case and discovery.

78. The class is so numerous that joinder of all members is not practicable. On

information and belief, based on the making of loans over the Internet using form documents, there are at least 100 class members.

79.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members. The predominant common questions are whether Defendants engage in a practice of making and attempting to collect illegal loans.

80.     Plaintiff will fairly and adequately represent the class members. Plaintiff has retained counsel experienced in class actions and consumer credit litigation.

81.     Plaintiff's claims are typical of the claims of the class members. All are based on the same factual and legal theories.

82.     A class action is superior for the fair and efficient adjudication of this matter, in that:

      a.     Individual actions are not economically feasible.

      b.     Members of the class are likely to be unaware of their rights.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class and against Defendants for:

      i.     Damages as provided by statute;

      ii.     Attorney's fees, expenses and costs; and

      iii.     Such other or further relief as is appropriate.

## COUNT II – RICO

83.     Plaintiff incorporates paragraphs 1-71.

84.     This claim is against Seven Mile Credit, LLC and Dimension Credit (Cayman), L.P., who are the RICO "persons."

85.     All loans made in the name of "Fast Fund Lending" to Indiana residents are (a) unenforceable under Indiana law in whole or in part as to principal or interest because of the laws relating to usury, and (b) were incurred in connection with the business of lending money at a rate usurious under Indiana law, where (c) the loan was made on or after a date four years prior to the

filing of this action, and (d) the usurious rate is at least twice the enforceable rate (36%).

86.    The loans are therefore "unlawful debts" as defined in 18 U.S.C. § 1961(6).

87.    Fast Fund Lending is an enterprise affecting interstate commerce, in that it is located outside of Indiana and makes loans to Indiana residents via the Internet.

88.    Defendants Seven Mile Credit, LLC and Dimension Credit (Cayman), L.P. are associated with this enterprise.

89.    Defendants Seven Mile Credit, LLC and Dimension Credit (Cayman), L.P. conducted or participated in the conduct of the affairs of Fast Fund Lending through a pattern of collection of unlawful debt, as set forth above, in violation of 18 U.S.C. §1962(c).

90.    Plaintiff was deprived of money as a result.

## CLASS ALLEGATIONS

91.    Plaintiff brings this claim on behalf of a class, pursuant to Fed. R. Civ. P. 23(a) and (b)(3).

92.    The class consists of (a) all individuals with Indiana addresses (b) to whom a loan was made in the name of "Fast Fund Lending" at more than 36% interest (c) which loan was made on or after a date four years prior to the filing of this action.

93.    The class is so numerous that joinder of all members is not practicable. On information and belief, based on the making of loans over the Internet using form documents, there are at least forty class members.

94.    There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members. The predominant common questions are:

    a.    Whether the loans at issue are "unlawful debts" as defined in RICO.

    b.    Whether Fast Fund Lending is an "enterprise."

    c.    Whether Defendants are associated with Fast Fund Lending.

    d.    Whether Defendants conducted or participated in the affairs of Fast Fund

Lending through a pattern of making and collecting unlawful loans.

95.    Plaintiff will fairly and adequately represent the class members. Plaintiff has retained counsel experienced in class actions and consumer credit litigation.

96.    Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

97.    A class action is superior for the fair and efficient adjudication of this matter, in that:

    a.    Individual actions are not economically feasible.

    b.    Members of the class are likely to be unaware of their rights.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class and against Defendants for:

    i.    Treble damages;

    ii.    Attorney's fees, litigation expenses and costs of suit; and

    iii.    Such other or further relief as the Court deems proper.

## COUNT III – RICO

98.    Plaintiff incorporates paragraphs 1-71.

99.    This claim is against Seven Mile Credit, LLC and Dimension Credit (Cayman), L.P., who are the RICO "persons."

100.    All loans made in the name of "Fast Fund Lending" to Indiana residents are (a) unenforceable under Indiana law in whole or in part as to principal or interest because of the laws relating to usury, and (b) were incurred in connection with the business of lending money at a rate usurious under Indiana law, where (c) the loan was made on or after a date four years prior to the filing of this action, and (d) the usurious rate is at least twice the enforceable rate (36%).

101.    The loans are therefore "unlawful debts" as defined in 18 U.S.C. § 1961(6).

102.    Fast Fund Lending affects interstate commerce, in that it has physical locations outside of Indiana and makes loans to Indiana residents via the Internet.

103.    Defendants Seven Mile Credit, LLC and Dimension Credit (Cayman), L.P. agreed to

make usurious loans at more than twice the lawful rate through Fast Fund Lending.

104.     Defendants thereby violated 18 U.S.C. §1962(d).

105.     Plaintiff was deprived of money as a result.

## CLASS ALLEGATIONS

106.     Plaintiff brings this claim on behalf of a class, pursuant to Fed. R. Civ. P. 23(a) and (b)(3).

107.     The class consists of (a) all individuals with Indiana addresses (b) to whom a loan was made in the name of "Fast Fund Lending" at more than 72% interest (c) which loan was made on or after a date four years prior to the filing of this action.

108.     The class is so numerous that joinder of all members is not practicable. On information and belief, based on the making of loans over the Internet using form documents, there are at least forty class members.

109.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members. The predominant common questions are:

      a.     Whether the loans at issue are "unlawful debts" as defined in RICO.

      b.     Whether Fast Fund Lending is an "enterprise."

      c.     Whether Defendants Seven Mile Credit, LLC and Dimension Credit (Cayman), L.P. are associated with the enterprise.

      d.     Whether Defendants agreed to engage in a pattern of making and collecting unlawful loans through Fast Fund Lending.

110.     Plaintiff will fairly and adequately represent the class members. Plaintiff has retained counsel experienced in class actions and consumer credit litigation.

111.     Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

112.     A class action is superior for the fair and efficient adjudication of this matter, in that:

a.      Individual actions are not economically feasible.

b.      Members of the class are likely to be unaware of their rights.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class and against Defendants for:

i.      Treble damages;

ii.     Attorney's fees, litigation expenses and costs of suit; and

iii.    Such other or further relief as the Court deems proper.

Respectfully submitted,

*/s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Dulijaza (Julie) Clark
Alexandra R. Huzyk
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com
Dedelman@edcombs.com
Jclark@edcombs.com
Ahuzyk@edcombs.com

## **JURY DEMAND**

Plaintiff demands trial by jury.


                                        _/s/ Daniel A. Edelman_
                                        Daniel A. Edelman

## <u>NOTICE OF ASSIGNMENT</u>

Please be advised that all rights relating to attorney's fees have been assigned to counsel.


<u>*/s/ Daniel A. Edelman*</u>
Daniel A. Edelman

## DOCUMENT PRESERVATION DEMAND

Plaintiff hereby demands that each Defendant take affirmative steps to preserve all recordings, data, documents, and all other tangible things that relate to Plaintiff, class members, the events described herein, any third party associated with any telephone call, campaign, account, loan, sale or file associated with Plaintiff, and any account or loan or number or symbol relating to them. These materials are likely relevant to the litigation of this claim. If any Defendant is aware of any third party that has possession, custody, or control of any such materials, Plaintiff demands that Defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the Defendants.


*/s/ Daniel A. Edelman*
Daniel A. Edelman

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel A. Edelman, hereby certify that on November 24, 2025, I electronically filed the foregoing document via the Court's CM/ECF system, which sent notification by email to all counsel of record. I further certify that copies were sent via email to:

> Raycen Raines, III, Wakpamni Lake Community Corporation, Wakpamni Lake Community Corporation II, and WLCC Lending FFL
> c/o James K. Trefil – james.trefil@troutman.com

> David Johnson, Cane Bay Partners VI, LLLP, and Kirk Michael Chewning
> c/o Dominic A. Isgro – dominic@isgrolaw.com

I additionally certify that copies of the foregoing document were sent by U.S. Mail to the following:

> Dimension Credit (Cayman), L.P.
> 190 Elgin Ave.
> George Town, Cayman Islands KY1-9001

> Seven Mile Credit, LLC
> 20 Genesis Close
> George Town, Cayman Islands KY1-1208

> */s/ Daniel A. Edelman*
> Daniel A. Edelman

**EXHIBIT A**

## Fast Fund Lending

## Loan Agreement

Lender:
**Fast Fund Lending**
PO Box 70, Solon, IA 52333

Borrower's Name:
**Anthony Young**

**Disbursement Date: 8/7/2024**

☑ This is our Agreement with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.

*By checking this box, you understand that by entering into a transaction with Fast Fund Lending, you are agreeing to have the law of the Oglala Sioux Tribe and all applicable federal law govern this Loan. The law of the Oglala Sioux Tribe relating to lending does not limit the rate of interest or fees that may be charged; Fast Fund Lending is wholly owned by the Wakpamni Lake Community Corporation, a tribal entity owned by Wakpamni Lake Community. As tribal entity, Fast Fund Lending is a sovereign corporation and follows all applicable tribal and federal laws. State laws, regulations, and interest rates are not applicable to Fast Fund Lending or the Tribe. Please acknowledge that you have read and understand this disclosure by checking the box.*

In this Loan Agreement (the "Agreement") the words "you" and "your" mean the borrower who has electronically signed it. The words "Lender", "we", "us" and "our" mean Fast Fund Lending. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Wakpamni Lake Community (the "Community"), a political subdivision of the Oglala Sioux Tribe (the "Tribe"), a federally-recognized sovereign American Indian Tribe. This means that your loan is provided by a sovereign government and the proceeds of our business fund governmental services for Community citizens. All disclosures in this Agreement are also terms and conditions of this Agreement.

You must electronically sign this Loan Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect.

**VERIFICATION.** We reserve the right to verify the accuracy of all information you provide and to deny your loan application in case of any inaccuracy or omission in your loan application, or any other violation of this Agreement. We reserve the right to verify any information you submit through the production of appropriate documentation, and also reserve the right to conduct such verification through a third party. You give us consent to obtain information about you from consumer reporting agencies or other sources now or in the future as long as you owe us money under this Agreement. You hereby authorize us to request and obtain data from a third party to verify any information you provide us in connection with your application.

**RIGHT TO CANCEL.** You have the right to cancel this Agreement without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement you must send us your notice of cancellation by email to info@fastfundlending.com no later than midnight Central time on the second day after the Disbursement Date (the "MidnightDeadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Disbursement and Payment Choice. If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

**TRUTH IN LENDING DISCLOSURES:** The Truth-in-Lending Disclosures below are provided to you so that you may compare the cost of this loan to other loan products you might obtain in the United States. Our inclusion of these disclosures does not mean that we or any subsequent holder of this Agreement consent to application of state or U.S. federal law to us, to the loan, or this Agreement.

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br><br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br><br>The dollar amount the credit will cost you. | Amount Financed<br><br>The amount of credit provided to you or on your behalf. | Total of Payments<br><br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 583.66% | $1,402.01 | $400.00 | $1,802.01 |

Your Payment Schedule will be:

| Payment Number | Payment Due | Due Date |
|---|---|---|
| 1 | $57.46 | 8/16/2024 |
| 2 | $91.81 | 8/30/2024 |
| 3 | $91.81 | 9/13/2024 |

| 4 | $91.81 | 9/27/2024 |
| 5 | $91.81 | 10/11/2024 |
| 6 | $91.81 | 10/25/2024 |
| 7 | $91.81 | 11/8/2024 |
| 8 | $91.81 | 11/22/2024 |
| 9 | $91.81 | 12/6/2024 |
| 10 | $91.81 | 12/20/2024 |
| 11 | $91.81 | 1/3/2025 |
| 12 | $91.81 | 1/17/2025 |
| 13 | $91.81 | 1/31/2025 |
| 14 | $91.81 | 2/14/2025 |
| 15 | $91.81 | 2/28/2025 |
| 16 | $91.81 | 3/14/2025 |
| 17 | $91.81 | 3/28/2025 |
| 18 | $91.81 | 4/11/2025 |
| 19 | $91.81 | 4/25/2025 |
| 20 | $91.97 | 5/9/2025 |

**Late Charge:** If a payment is 7 days or more late, you may be charged a late payment fee of $35.

**Prepayment:** If you pay off early, you will not have to pay a penalty. See this Loan Agreement for any additional information about non payment, default, any required repayment in full before the scheduled date and any prepayment penalties.

All numerical disclosures except the Late Charge are estimates

## Itemization of Amount Financed
1. Amount given directly to you: $400.00
2. Plus Amount paid on my loan account: $0.00
3. Equal Amount Financed: $400.00

**YOUR PROMISE TO PAY.** You promise to pay to the order of Lender or any assignee of this Agreement from the Disbursement Date above the principal sum of $400.00 (Principal) plus interest (and any applicable fees) on the unpaid principal balance of the loan until the amount you owe under this Agreement is repaid in full (the "Loan"). You promise to repay this amount in installments in the amounts and on the dates set forth above in the Payment Schedule section of the Federal Truth in Lending Disclosure. You agree to make your payments using the method or methods you selected in your Disbursement and Payment Choice Authorization.

**YOUR INTEREST CHARGES.** You agree to pay interest on the outstanding Principal at a rate of 583.66% per annum (the Contract Rate) from the loan date until paid in full. To figure interest, we divide the Interest Rate by 365. We then multiply the Daily Rate by the outstanding principal balance. This gives us a daily interest charge. We then multiply the daily interest charge by the number of days the principal balance is outstanding. Interest accrues from the Effective Date to the date your loan is paid in full. Late payments made after the due date will result in additional interest charges.

**APPLICATION OF PAYMENTS.** We will apply all payment we receive in the following order: (1) fees; (2) accrued and unpaid interest; and (3) principal. If you make an extra payment (in addition to your regularly scheduled installment payment) and you are not in default, we will apply it according to the order of payment described in this section.

**ESTIMATES.** All numerical disclosures in the Truth-in-Lending Disclosures are estimates made assuming the Disbursement Date is the business day after your loan is approved.

**REPAYMENT SCHEDULE.** You must repay this Loan in payments according to the Payment Schedule set forth above in the Federal Truth-in-Lending Disclosures. Your payment shall be made up of principal and interest prepayments. The Truth-in-Lending Disclosures are calculated based on the assumption that you will make each payment on the date it is due.

**PREPAYMENT.** You may repay all or part of the amount that you owe under this Agreement at any time without having to pay a penalty. Since finance charges are not precomputed, you will not be entitled to a prepayment refund. To arrange to prepay your loan in whole or in part, you must go online at www.fastfundlending.com or call us at (833) 845 - 0966. to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until your Loan is paid in full.

**DISBURSEMENT.** If your Loan is approved, we will disburse your loan proceeds within 2 Business Days. A Business Day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your Loan into the bank account or onto the payment instrument that you first authorized in your Disbursement and Payment Choice Authorization. The date that your loan proceeds are deposited to Your Bank Account or onto your payment instrument is the "Disbursement Date", which is set out above. Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

**ALL SUMS DUE.** If you fail to make your payments on time, you will be in default and we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that you must pay us all principal, finance charges and other amounts that you owe us.

**LATE PAYMENT FEE.** If your payment is 7 or more days late, we may charge you a late payment fee of $35.00.

**RETURNED PAYMENT CHARGE.** If your payment method is stopped, denied, or otherwise dishonored, then you agree to pay us a returned payment fee of $30.00. Your returned payment may also cause your payment to be late which could result in you also having to pay a late charge. Your bank may also charge you a fee.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may use the consumer report for any purpose authorized by applicable law in connection with a credit transaction involving you and involving the extension of credit to you or review or collection of your account, including but not limited to (i) for authentication purposes, to make sure you are who you say you are, (ii) to make credit decisions; (iii) to determine how much debt you currently have, in order to determine your debt-to-income ratio, and (iv) to obtain information and characteristics from your credit report from one or more consumer credit reporting agencies.We may report information about your performance under this Agreement to credit reporting agencies. Late payments missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at Fast Fund Lending, PO Box 70 , Solon, IA 52333. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute, and (iv) provide any supporting documentation you have that substantiates the basis of the dispute, such as a copy of a police report about the incident. If you believe that you have been the victim of identity theft, submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and we must sign it. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign this Agreement and our rights under it without notice to you and we don't need your consent.

**ASSIGNMENT.** We may assign or transfer this Agreement or any of our rights under this Agreement.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand,declare the entire amount then unpaid immediately due and payable.

**ATTORNEY FEES AND COLLECTION COSTS.** If the Loan is in default as described above, and we pursue collection efforts against you, subject to applicable law, then you agree to pay all reasonable collection agency fees, court costs and other collection costs actually incurredby us and our agents, successors and assigns. If we refer your Loan to an attorney who is not our salaried employee for collections, you agree that we may charge you reasonable attorney fees incurred by us.

**USURY SAVINGS CLAUSE.** Not withstanding any other provision herein, the aggregate interest rate of the Loan (including all charges or fees in connection with this Loan that are deemed in the nature of interest under applicable law) shall not exceed the highest lawful interest rate. If Lender contracts for, charges, or receives any consideration which constitutes interest in excess of the highest lawful rate, then any such excess shall be cancelled automatically and, if previously paid, shall at such Lender's option be applied to the outstanding amount of the Loan made here under or be refunded to you.

**GOVERNING LAW.** This Agreement is governed by the laws of the Oglala Sioux Nation of the Pine Ridge Reservation ("Tribal Law"), a federally recognized Indian Tribe and the Indian Commerce Clause of the United States Constitution and applicable federal law, and the Arbitration Agreement below is additionally governed by the Federal Arbitration Act ("FAA") and the decisions of the United States Supreme Court interpreting the FAA. We do not have a presence in South Dakota or any other State of the United States of America. Neither this Agreement nor the Lender is subject to the laws of any State of the United States. You agree to be bound by Tribal Law and in the event of a bona fide dispute between you and us, Tribal Law and applicable federal law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign enterprise, an economic development arm and instrumentality of the Community which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY** It is the express intention of the Community and us operating as an economic arm of the Community, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Community are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Community's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such

waiver has been made with respect to this Agreement, your Disbursement and Payment Choice Authorization or any other related document.

**BY TYPING YOUR NAME AND TODAY'S DATE AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS AGREEMENT INCLUDING THE CONSENT TO THE LOAN AGREEMENT.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS AGREEMENT FOR YOUR RECORDS.**

**TYPE YOUR NAME:** Anthony Young    8/5/2024

**[I AGREE]**

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

Please read this information carefully and print a copy and retain this information electronically for future reference.

You must consent to transact business with Fast Fund Lending through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request and other current or future transactions with Fast Fund Lending (this "Consent"). By acknowledging and accepting this Consent, you agree that any notices we are required to make to you may be delivered to you electronically. You agree to electronically sign any documents requiring a signature. You acknowledge and agree to the following terms and conditions of this Consent.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, your Loan Agreement, this Consent, the Loan Application, the Truth in Lending disclosures set forth in the Loan Agreement, our Privacy Notice, any change-in-term notices, fee and transaction information, statements, disbursement notices, notices of adverse action, legally mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by posting the information at our web site www.fastfundlending.com, or by sending it to you by secure e-mail.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any Communication by contacting us at info@fastfundlending.com or by calling us at 833-845-0966. We will provide you with paper copies at no charge. You can also withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic disclosures will not be affected.
- You must provide us with your current e-mail address for receipt of Communications. If your e-mail address, telephone number(s), or residence address changes, you must send us a notice of the new e-mail address/telephone number(s) by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change to info@fastfundlending.com.
- If you use a spam filter that blocks or re-routes emails from senders not listed in your email address book, you must add Fast Fund Lending to your email address book so that you will be able to receive the Communications we send to you.
- In order to receive electronic Communications, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet through HS encryption capabilities. Most current Internet browsers (Chrome, Firefox, Internet Explorer, etc.) support this feature. You will also need a printer connected to your computer to print disclosures/notices or have sufficient hard drive space available to save the information (e.g., 1 MB or greater). We do not provide ISP services. You must have your own Internet Service Provider. You may submit questions regarding hardware and software requirements to info@fastfundlending.com.
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You are able to view and/or electronically store the information presented at the website www.fastfundlending.com. You also agree to print and retain a copy of this Consent for your records.
- You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to Fast Fund Lending, P.O. Box 193, Batesland, SD 57716 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** You agree that we may monitor and/or record any of your phone conversations with any of our representatives. We may use text messaging systems and electronic mail to provide messages to you about payment due dates, missed payments, options to amend this Agreement and other important information. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and Loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at (833) 845 - 0966 or emailing us at info@fastfundlending.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

**HOW TO UPDATE YOUR RECORDS.** You must notify us immediately if your cell phone number changes or you give your cell phone to someone else. You may update your cell number by calling us at (833) 845 - 0966 or sending an email to info@fastfundlending.com. If you give us an inaccurate cell number, you will hold us and our employees, agents, and related

parties harmless from all claims, costs, or losses that may result. your obligations under this section will survive termination of this Agreement.

**ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS.** By signing this section, you consent to our sending you advertising and telemarketing text messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice. Your signing below will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above by your mobile phone.

You are not required to consent to advertising or telemarketing text messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive advertising or marketing text messages or marketing calls to the mobile number provided by calling us at (833) 845 - 0966. or emailing us at info@fastfundlending.com.

You understand that: any Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Text Messages that we send you, and you agree that we shall have no liability for the cost of any Text Messages.

**Please notify us immediately if you change mobile or cell phone numbers or plan to give your phone to someone else.**

**OPT-OUT or STOP.** This policy applies to the text messages sent by Fast Fund Lending to our customers while and after they use our product. If you wish to stop receiving advertising and marketing text messages from Fast Fund Lending, reply to any text message we have sent you and in the reply, text simply type STOP. If you wish to stop receiving all text messages from Fast Fund Lending, including those with information about payment due dates or missed payments, type STOP ALL in the reply text you send us. Any withdrawal of your consent to send text messages will be effective in one day.

**HELP OR SUPPORT.** If at any time you need our contact information or information on how to stop text messages, reply to any text we sent you and, in the reply, simply type HELP. Upon receiving your text message, we will send you a text with this information. We will send you no more than 2 advertising or telemarketing text messages or calls each week. In general, the messages we send to you provide you with information about your account, ways to reduce your payments and potential offers and opportunities. Some of the text messages we send you may include links to websites. To access these websites, you will need a web browser and internet access.

**BANKRUPTCY.** You promise that You are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to Us at PO Box 6048 Pine Ridge, SD 57770. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at Fast Fund Lending, PO Box 70 , Solon, IA 52333 or by email at info@fastfundlending.com. and we will do our best to help you quickly. If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Wakpamni Lake Community Consumer Complaint Tribal Hotline at 1-(800)677-3860 between the hours of 9 AM and 5 PM MST. If this is your first call to Customer Service, please call (833) 845 - 0966.

**BY TYPING YOUR NAME AND TODAY'S DATE AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS TCPA AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS AUTHORIZATION FOR YOUR RECORDS.**

**TYPE YOUR NAME:** Anthony Young    8/5/2024

**[I AGREE]**

## ARBITRATION AGREEMENT

### BINDING CONFIDENTIAL ARBITRATION AGREEMENT AND CLASS ACTION WAIVER

Most customer concerns can be resolved by calling our customer service department. In the event that customer service is unable to resolve a complaint to your satisfaction, this Agreement explains how Claims can be resolved through optional dispute resolution or arbitration. It includes an arbitration provision and a class action waiver. You may reject the Arbitration Agreement by sending us written notice within 60 days after receiving your funds. See Your Right to Opt Out below.

"Claim" means any current or future claim, claim or controversy with us relating to your account, this Agreement, or account servicing, and includes but is not limited to: (1) initial claims, counter claims, crossclaims and third-party claims; (2) claims based on contract, tort, fraud, statute, regulation, common law and equity; (3) claims by or against any third party using or providing any product, service, or benefit in connection with any account; and (4) claims that arise from or relate to any loan created under this Agreement, including but not limited to: or any balances on any such loan; marketing and promotions; information sharing; benefits or services; identity theft; payment processing; or your loan application. You may not sell, assign or transfer a Claim.

**PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.** Unless you exercise your right to opt-out of arbitration in the manner described below, any Claim you have with Lender or anyone else under this Agreement will be resolved by binding arbitration. Arbitration replaces the right to go to court, including the right to have a jury, to engage in discovery (except as may be provided in the arbitration rules), and to participate in a class action or similar proceeding. In arbitration, a Claim is resolved by an arbitrator instead of a judge or jury. Arbitration procedures are simpler and more limited than court procedures.

Any arbitration will be limited to addressing your Claim individually and will not be part of a class-wide or consolidated arbitration proceeding. You may arbitrate a Claim with or without a lawyer, as you chose. The arbitrator's decisions are as enforceable as any court order and are subject to very limited review by a federal court only. Except as set forth below, the arbitrator's decision will be final and binding. Any issues regarding the validity, effect and enforceability of this Agreement to Arbitrate (or any provision thereof) shall be determined solely by the Arbitrator.

**Agreement to Arbitrate.** You agree that any Claim (defined above) will be resolved on an individual basis by arbitration in accordance with this Arbitration Provision, applicable Oglala Sioux tribal law, and Applicable Federal Law.

The term "Applicable Federal Law" means the Federal Arbitration Act (9 U.S.C. §§ 1-16), federal common law, federal statutes referenced as applicable in the Tribal Credit Code of the Wakpamni Lake Community of the Oglala Sioux Tribe, and any other federal statutes applicable by their own force.

You acknowledge and agree that by entering into this Arbitration Provision:
**YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**

**YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

**YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

**YOUR RIGHT TO OPT OUT. IF YOU DO NOT WISH YOUR ACCOUNT TO BE SUBJECT TO THIS AGREEMENT TO ARBITRATE, YOU MUST ADVISE US VIA E-MAIL AT info@fastfundlending.com. YOU MUST CLEARLY PRINT OR TYPE YOUR NAME AND ACCOUNT NUMBER OR SOCIAL SECURITY NUMBER AND STATE THAT YOU ARE REJECTING THE ARBITRATION AGREEMENT CONTAINED IN YOUR LOAN AGREEMENT. YOU MUST GIVE WRITTEN NOTICE; IT IS NOT SUFFICIENT TO TELEPHONE US. WE MUST RECEIVE YOUR LETTER OR E-MAIL WITHIN SIXTY (60) DAYS AFTER THE DISBURSEMENT DATE OR YOUR REJECTION OF ARBITRATION WILL NOT BE EFFECTIVE. NOTICE IS CONSIDERED DELIVERED WHEN POSTMARKED IF SENT BY MAIL OR DELIVERED IF SENT BY EMAIL. IN THE EVENT YOU OPT OUT OF THIS AGREEMENT TO ARBITRATE, ANY DISPUTES HERE UNDER SHALL NONETHELESS BE GOVERNED UNDER THE LAWS OF THE OGLALA SIOUX TRIBE, ALL APPLICABLE FEDERAL LAW AND MUST BE BROUGHT WITHIN A FEDERAL TRIBUNAL AGREED UPON BY BOTH PARTIES.**

**Arbitration Procedure.** Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879) http://www.adr.org; JAMS (1-800-352-5267) http://www.jamsadr.com; or an arbitration organization agreed upon by you and the other parties to the Claim. Claims also may be referred to another arbitration organization if you and we agree in writing or to an arbitrator appointed pursuant to section 5 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16 (FAA). If you do not choose an organization, we may choose for you. You have the right to select the arbitrator. If you do not choose an arbitrator, we may choose for you.

The Arbitration provisions are governed by the FAA. The arbitrator will apply substantive law as you and we have chosen in this Agreement, as well as statutes of limitations and privileges. The arbitrator will apply the chosen arbitration organization's rules and procedures applicable to consumer claims and will not apply federal or state rules of evidence or civil procedure. Any arbitration under this Agreement may be conducted either on tribal land or within thirty miles of your residence (so long as you live within the United States), at your choice, provided that this accommodation for you: (a) shall not be construed in any way as a relinquishment or waiver of the Oglala Sioux's Tribes sovereign status or immunity, (b) shall not subject us to the jurisdiction of any courts otherwise having jurisdiction where you reside, and (c) shall not change the law otherwise applicable to any Claim.

**Cost of Arbitration.** We will pay the filing fee and any costs or fees charged by the arbitrator regardless of which party initiates the arbitration. Except where otherwise provided by the law of the Oglala Sioux Tribe, each party will be responsible for its own attorneys' fees and other expenses. Unless prohibited by law, the arbitrator may award fees, costs, and reasonable attorneys' fees to the party who substantially prevails in the arbitration.

**Waiver of Jury Trial and Waiver of Ability to Participate in a Class Action.** YOU HEREBY AGREE THAT YOU ARE WAIVING YOUR RIGHT TO A JURY TRIAL, TO HAVE A COURT DECIDE YOUR CLAIM, AND YOU ARE WAIVING YOUR ABILITY TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, TO PARTICIPATE IN A CLASS ACTION LAWSUIT, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION, AND TO CERTAIN DISCOVERY AND OTHER PROCEDURES THAT WOULD BE AVAILABLE IN A LAWSUIT. The arbitrator has the ability to award all remedies available under the Oglala Sioux Tribe's tribal law and Applicable Federal Law, whether at law or in equity, to the prevailing party, except that the parties agree that the arbitrator has no authority to conduct class-wide proceedings and will be restricted to resolving the individual Claims between the parties. If you have rejected arbitration, or a Claim asserting the rights of you and two or more persons is brought properly before a federal tribunal for any reason, you and we agree that the Claim shall only proceed in a federal tribunal in the venue

closest to the Pine Ridge Reservation of the Oglala Sioux Tribe or as otherwise agreed upon by you and us parties. Not withstanding the foregoing, proceedings to confirm or vacate an arbitration award may be brought in the federal district court for the district where you reside.

**The Decision of the Arbitrator.** At the request of either us or you, the arbitrator shall provide a written explanation for the award. The arbitrator must approve the explanation. The arbitrator will apply the applicable substantive law relating to the Claim and award any remedies available as if the Claim was heard by a court. The arbitrator's award may be filed with any court having jurisdiction. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the Claim, you will not be responsible for reimbursing us for your portion of the Arbitration Fees. The arbitrator's award shall not be considered final until appellate rights have been exhausted or the time for filing the notice of appeal pursuant to this Arbitration Agreement and the Appellate Rules has expired.

**Appealing an Award.** You and we agree that the arbitrator's award or decision may be appealed pursuant to the AAA's Optional Appellate Arbitration Rules, the JAMS Optional Arbitration Appeal Procedures, or the appellate rules of another organization chosen by the parties ("Appellate Rules"). Following the appeal process or expiration of the time in which to appeal, the decision or award rendered by the appeal arbitrator(s) is final, binding, confidential, and may be entered and confirmed, under the Federal Arbitration Act, in the United States District Court for the federal judicial district in which you reside (in which case confidentiality shall be subject to and determined by such ruling as such court may make).

With respect to the authority of a federal district court to confirm or vacate an arbitration award entered under this Agreement, the Oglala Sioux waive sovereign immunity for the specific arm of the tribe that was named as the lender in the loan agreement with you, but not for any other arm of the tribe and not for any other level of tribal government or organization.

**Applicable Law and Judicial Review.** You and we choose Oglala Sioux tribal law, and Applicable Federal Law to govern the loan Agreement, the Arbitration Agreement and all Claims.

Moreover, since we are a federally-dependent sovereign Tribe, we cannot in any event be subject to the laws or regulations of any U.S. state. See, Sovereign Immunity, above. In interpreting any provision of this Agreement, an arbitrator or court shall favor: enforcing the Arbitration Provision (if not timely rejected) and severing any provision that would otherwise make this Agreement unenforceable, invalid, or unconscionable. Further, consumers shall be entitled to raise any common law defenses or claims (e.g., duress, fraud, negligence) as provided by federal common law; and to the extent that federal common law does not provide relevant law or guidance with respect to such common law defenses or claims, the parties agree to be governed by published editions of the American Restatement of [Laws] issued by the American Law Institute.

**Other Provisions.** This Arbitration Agreement will survive: (i) termination or changes in this Agreement, the Loan, or the relationship between us concerning the Loan; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of this Agreement, or any amounts owed on your account, to any other person or entity. This Agreement to Arbitrate benefits and is binding upon you, your respective heirs, successors and assigns. It also benefits and is binding upon us, our successors and assigns, and related third parties. The Arbitration Agreement is in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The Arbitration Agreement survives any termination, amendment, expiration, or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Arbitration Agreement is held invalid, the remainder shall remain ineffect.

**IF YOU OPT OUT OF ARBITRATION OR IF, FOR ANY REASON, YOUR AGREEMENT TO ARBITRATE IS DETERMINED TO BE UNENFORCEABLE WITH RESPECT TO ANY CLAIM(S), THEN YOU AGREE TO THE FOLLOWING WITH RESPECT TO ANY COURT PROCEEDING:**

- WE DO NOT WAIVE, BUT EXPRESSLY RESERVE, SOVEREIGN IMMUNITY.

  - IF FOR ANY REASON IS SOVEREIGN IMMUNITY IS NOT AVAILABLE IN A COURT PROCEEDING (FOR EXAMPLE, WE HAVE ASSIGNED THE LOAN TO SOMEONE WHO DOES NOT HAVE IMMUNITY), THEN YOU AGREE AS FOLLOWS:

  - YOU WAIVE ANY RIGHT YOU MAY HAVE TO A JURY TRIAL,

  - YOU WAIVE YOUR ABILITY TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, TO PARTICIPATE IN A CLASS ACTION LAWSUIT, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN SUCH PROCEEDING.

  - TO THE EXTENT PERMITTED BY LAW, YOU WAIVE ANY CLAIM FOR PUNITIVE DAMAGES.

### DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION

Unless you chose to mail to us a check(s) or money order(s) as payment for this Loan, you voluntarily authorize us to initiate disbursement credits and payment debits you have authorized. This Disbursement and Payment Choice Authorization is a part of and relates to the Loan Agreement dated 8/5/2024 (the "Loan Agreement"). The words "you" and "your" mean the borrower who has electronically signed this Disbursement and Payment Choice Authorization. The words "we", "us" and "our" mean Fast Fund Lending and our successors and assigns.

**Disbursements to Your Bank Account.** You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

| Bank Name: | |
|---|---|

| Transit ABA Number: | |
|---|---|
| Deposit Account Number: | |

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing Your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**Your Payment Choice (check applicable box):**

☐ **Payments You will Make Directly.** You agree to make your payments by cashier's check, money order or bill pay service through your bank, that we receive no later than your payment due date to:

☑ **Automatic Payment from Your Bank Account.** You authorize us to process payment debit entries out of Your Bank Account by using any commercially available methods we choose, such as (but not limited to) ACH entries or transactions through your debit card accessing Your Bank Account according to the Payment Schedule above, plus any late charges, returned payment fees and, if you are in default, all principal, finance charges and other amounts due to us as provided in the Agreement. You authorize us to re-process debit entries for the same amounts if any attempted payment transaction is dishonored.

**REMOTELY CREATED CHECKS:** If we do not receive your check or money order or payment via ACH or by debit card authorization by the Due Dates, you agree to make all payments required under the Loan Agreement by having us create paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Loan Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this Loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, tele-checks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us on at our toll free phone number (833) 845 - 0966 or sending us an e-mail to info@fastfundlending.com. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayments.

**RETURNED ITEM FEE:** If any payment made by you on this Loan is not honored or cannot be processed for any reason, including not enough money in your Bank Account, you agree to pay us a fee of $30.00. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee, if you have also selected the ACH Debit Authorization. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS:** For those customers who have chosen the ACH Debit Authorization, please note that you have the right to receive notice of all withdrawals from your Bank Account by an ACH Debit that vary in amount. However, by agreeing to let us withdraw the money from your Bank Account, you agree we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be either an amount equal to your installment payment or an amount equal to the outstanding balance under the Loan (which may be greater than or less than an installment payment based upon your payment history). For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the Loan as modified by any partial prepayments you make.

You agree that this Payment Choice Authorization will remain in effect until your loan, including principal, finance charges and other charges, is paid in full. You may only revoke the above authorization by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us.

### SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

**BY TYPING YOUR NAME AND TODAY'S DATE AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS AGREEMENT INCLUDING THE ARBITRATION PROVISION AND THE CONSENT TO DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS AGREEMENT FOR YOUR RECORDS.**

**TYPE YOUR NAME: Anthony Young     8/5/2024**

**[I AGREE]**

**Fast Fund PRIVACY POLICY**
This Fast Fund Lending privacy policy (the "Privacy Policy")is intended to inform you of our policies and practices regarding the collection, use and disclosure of any information you submit to us through www.fastfundlending.com. This includes "Personalinformation", which is information about you that is personally identifiable such as your name, e-mailaddress, full content of your e-mail, customer ID number, application number, and other non-public information that isassociated with the foregoing.

**User Consent**
By accessing or otherwise using www.fastfundlending.com, you agree to this Privacy Policy andexpressly consent to the

processing of your Personal Information in accordance with this Privacy Policy.

Your Personal Information may be processed by us in the country where it was collected aswell as other countries (including the United States) where laws regarding processing of PersonalInformation may be less stringent than the laws in your country.

| FACTS | WHAT DOES FAST FUND LENDING DO WITH YOUR PERSONAL INFORMATION? | | |
|---|---|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | | |
| What? | When you use Fast Fund Lending's online sites, we may collect and share your personal information that you provide via forms, applications, surveys, and other online fields. This information can include: <br> • Name, address, and contact information; <br> • Social Security number and income information; <br> • Payment history and employment information; <br> • Financial account details and account balances; or <br> • Information from identification documentation, such as your driver's license, passport, or utility bills. | | |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list reasons financial companies can share their customers' personal information; the reason Fast Fund Lending chooses to share; and whether you can limit this sharing. | | |

| Reasons we can share your personal information | Does Fast Fund Lending share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes - to offer our products and services to you, both during and after the administration of your account(s) | Yes | Yes |
| For joint marketing with other financial companies | No | We Do Not Share |
| For our affiliates' everyday business purposes - information about your transactions and experiences | No | N/A |
| For our affiliates' everyday business purposes - information about your creditworthiness | No | N/A |
| For our affiliates to market to you | No | N/A |
| For nonaffiliates to market to you | No | N/A |
| Mobile information sharing with non-affiliates for their marketing purposes. | No | N/A |
| **Note: No mobile information will be shared with non-affiliates for marketing purposes. All the above values exclude text messaging originator opt-in data and consent; this information will not be sold to any third parties.** | | |

| To limit our sharing | • Call (833) 845 - 0966 - and ask to speak with our Office of the Ombudsman about your privacy sharing. <br> • Send us an email at ombudsman@fastfundlending.com with the details of what information you would like to limit our sharing. <br> • You can also limit sharing by logging into your preferences page on www.fastfundlending.com <br><br> **Please note:** <br> If you are a new customer, we can begin sharing your information subject to your ability to opt-out 30 days from the date you sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. <br> However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call (833) 845 - 0966 or go to www.fastfundlending.com |
| Who we are | |
| Who is providing this notice? | Fast Fund Lending, a business entity of the Wakpamni Lake Community District of the Oglala Sioux Tribe, is providing this privacy policy. |
| What we do | |
| How does Fast Fund Lending protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings. |

| How does Fast Fund Lending collect my personal information? | We collect your personal information, for example, when you:<br><br>• Apply for a loan<br>• Give us your income information<br>• Tell us where to send the money<br>• Provide account information<br>• Provide employment information<br><br>**Personal Information from Other Sources**<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies.<br><br>**Cookies and Other Tracking Technology**<br><br>Fast Fund Lending uses cookies and other tracking technology, to monitor website performance. These other tracking technologies may include some combination of web beacons, clear GIFs, or pixel tags. Cookies and other tracking technology allow us to collect and store information, such as your browser type, your Internet Protocol (IP) address, operating system, the date and time you spend on our sites, the pages you visited, your language preferences, the solutions and information for which you searched and viewed, the advertisements displayed on Fast Fund Lending you clicked, and other anonymous visit data. We may use this information to improve the quality of our sites or to make Fast Fund Lending more useful to you.<br><br>We may share your content preferences and other information with the social network from which you have connected to Fast Fund Lending, along with those companies and persons you have asked us to share your information with. Additionally, if you provide feedback to us, we may use and disclose such feedback for any purpose, provided we do not associate such feedback with your Personal Information. We will collect any information contained in such feedback and will treat the Personal Information in it in accordance with this Privacy Policy. You agree that any such comments we receive becomes our property. We may use feedback for marketing purposes or to add to or modify our services without paying any royalties or other compensation to you.<br><br>Fast Fund Lending may also contract with third-party companies that use cookies, web beacons, clear GIFs, pixel tags, and other tracking technology for our sites' analytics and to advertise our products and services on unaffiliated websites and mobile apps. With our approval, these companies will have access to your information as needed to perform their functions, but they cannot use your information for any other purpose. These companies will not have access to information that can personally identify you.<br><br>**YOUR CHOICES**<br><br>Most web browsers are initially set up to accept cookies. Some web browsers have a "do not track" feature that lets you tell websites that you do not want to have your online activities tracked. In order to use our services offered through Fast Fund Lending however, your web browser must accept Cookies. If you choose to disable Cookies, some aspects of Fast Fund Lending may not work properly, and you may not be able to receive our services. |
| Why can't I limit all sharing? | You have the right to limit only:<br><br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you |

**Definitions**

| Affiliates | Companies related by common ownership or control. They can be financial and non-financial companies.<br><br>• *Our affiliates include other business entities of the Oglala Sioux Tribe* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Fast Fund Lending does not share with non-affiliates so they can market to you* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• *Our joint marketing partners can include institutions such as other lenders or marketers.* |

**Other:**

We may disclose certain personal and non-personal information we collect from your use of our sites to companies that perform services on our behalf, including those who assist us in processing transactions, transactional communication, and responding to user inquiries. If you do not want us to use or disclose Personal Information collected about you in the manner identified in this Privacy Policy, you should not use Fast Fund Lending.

In the event we go through a business transition such as a merger, acquisition by another company, sale of all or a portion of assets, or other business transition, your Personal Information may be among the assets transferred. You acknowledge that such transfers may occur and are permitted by this Privacy Policy, and that any acquirer of ours may continue to process your Personal Information as set forth in this Privacy Policy.

We may disclose your Personal Information if we believe in good faith that such disclosure is necessary to (a) comply with relevant laws or to respond to subpoenas or warrants served on us; or (b) to protect and defend our rights or property, you, or third parties. You hereby consent to us sharing your Personal Information under the circumstances described herein.

Fast Fund Lending may contain links to other websites. Please be aware that we are not responsible for the privacy practices or the content of such other websites. This Fast Fund Lending privacy policy applies solely to information collected by us through www.fastfundlending.com and does not apply to these third-party websites. The ability to access information of third-parties from Fast Fund Lending, or links to other websites or locations, is for your convenience and does not signify our endorsement of such third-parties, their products, their services, other websites, locations or their content.

Our third-party platform provider is a third-party beneficiary of our third-party service provider's arbitration, class action, and jury waiver provisions.

*Mobile Device Opt-Out:* To opt-out of receiving targeted ads that are based on your behavior across different mobile applications follow the instructions below for iOS and Android devices:

> iOS 7 or Higher: Go to your Settings> Select Advertising> Enable the "Limit Ad Tracking" setting; and
>
> For Android devices with OS 2.2 or higher and Google Play Services version 4.0 or higher: Open your Google Settings App> Select Ads> Enable "Opt-out of interest-based advertising".

*Industry Opt-Out Tools and Self-Regulation:* You may use the NAI opt-out tool [HERE] which will allow you to opt-out of seeing personalized ads from us and form other NAI approved member companies.

**BY TYPING YOUR NAME AND TODAY'S DATE AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS PRIVACY POLICY, AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS AUTHORIZATION FOR YOUR RECORDS.**

**TYPE YOUR NAME:** Anthony Young      8/5/2024

**[I AGREE]**

**EXHIBIT B**

9/8/25, 8:31 AM                          Fast Cash Installment Loans Up To $3,500 | Fast Fund Lending

 (index.aspx)     ☐ (tel://833-845-0966)     ☐ (login.aspx)     [ ]

# Tap Into Fast Cash

## Installment loans up to $3,500.
## See cash in the bank as soon as today.*

Easy online application. Quick approval decisions. Free Same Day Funding.*
Customer loyalty rewards.

### $600.00  ⌄

## APPLY NOW

*Call 833-845-0966 (tel:833-845-0966) for Customer Service 24/7*

---

### NEED TO ESIGN?

It's quick & easy. Just log in and follow instructions. If this is your first loan, you'll need to create a password too.

LOG IN TO ESIGN

---

### BAD CREDIT? DON'T SWEAT IT.

Our customers have all kinds of credit histories. We specialize in fast, convenient access to cash.

LEARN MORE (HOWITWORKS.ASPX)

---

Case 1:25-cv-01893-TWP-MJD    Document 22    Filed 11/24/25    Page 36 of 59 PageID #: 204

**FAST FUND** LENDING (index.aspx)

# WELCOME BACK, VIP

☐ (tel://833-845-0966)    ☐ (login.aspx)

We value our customers and reward them for their loyalty with FFL Premier Rewards. Unlock lower rates and higher loan amounts as you move up the levels.



**PREMIER REWARDS** (rewards)

### LEARN MORE (REWARDS)

<u>Are you a VIP? Log in to check your status. (/login.aspx)</u>

| Availability And Restriction | + |
|---|---|

| Interest (Annual Percentage Rate) APRs | + |
|---|---|

| Implications Of Non-Payment, Late Payments, Or Partial Payments | + |
|---|---|

| Credit Report, Credit Score And Impact | + |
|---|---|

| Important Information About Your Lender | + |
|---|---|

*Same Day Funding is available on business days where pre-approval, eSignature of the loan agreement and completion of the confirmation call, if a call is required, have occurred by 11:45 a.m. Eastern Time and a customer elects ACH as payment method. Customers who complete this process by 1:30 p.m. Eastern on business days may still receive funds on the same day, but some banks may not disburse the funds until the next business day. Other restrictions may apply. Certain financial institutions do not support same day funded transactions. When Same Day Funding is not available, funding will occur the next business day.*

# FAST FUND LENDING (index.aspx)

☐ (tel://833-845-0966)    ☐ (login.aspx)

Fast Fund (FFL) is a wholly owned entity of the Wakpamni Lake Community Corporation, a tribal corporation owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. FFL is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. FFL operates independently of the Oglala Sioux Tribe. Correspondence should be directed to FFL. As part of a tribal government, FFL is a sovereign corporation and follows all applicable tribal and federal laws. This means that FFL's loan products are provided by a sovereign government and the proceeds of our business fund governmental services for the Tribe and its members. This also means that FFL is not subject to suit or service of process. Rather, FFL is regulated by the Tribal law. If you do business with FFL, your potential forums for dispute resolution will be limited to those available under Tribal law and your loan agreement. As more specifically set forth in FFL's contracts, these forums include a voluntary, informal but affordable and efficient Tribal dispute resolution, or individual arbitration before a neutral arbitrator. Otherwise, FFL is not subject to suit or service of process. Neither FFL nor the Tribe has waived its sovereign immunity in connection with any claims relative to use of this website. If you are not comfortable doing business with a sovereign instrumentality that cannot be sued in court, you should discontinue use of this website. Tribal Lending License. (merchants\ff\pdf\WLCC License FS-48 Fast Fund Lending_2026.pdf)

Same Day Funding is available on business days where pre-approval, eSignature of the loan agreement and completion of the confirmation call, if a call is required, have occurred by 11:45 a.m. Eastern Time and a customer elects ACH as payment method. Customers who complete this process by 1:30 p.m. Eastern on business days may still receive funds on the same day, but some banks may not disburse the funds until the next business day. Other restrictions may apply. Certain financial institutions do not support same day funded transactions. When Same Day Funding is not available, funding will occur the next business day. You acknowledge that by completing and submitting the website application that you are applying for a loan. We verify applicant information through national databases including, but not limited to, Clarity, Experian, TransUnion, FactorTrust, DataX, and Equifax and we may pull your credit in order to determine your eligibility and ability to repay.

By submitting this form, you are giving your express written consent for Fast Fund's network of lenders to contact you regarding financial programs and services that you might qualify for using email, telephone or text—including use of automated technology, for calls or texts to the number you provided here. This consent is not required to purchase goods or services. Click [here (privacy.aspx)] to see our full Privacy Policy.

By entering into an agreement with Fast Fund, you are availing yourself upon the jurisdiction of the Tribe and fully understand and consent that any agreement entered into is governed by all applicable federal law and the laws and lending codes enacted by the Tribe's Federally recognized sovereign government.

Fast Fund is not intended to be a long-term financial solution. Fast Fund loans are designed to help you meet your short-term, emergency borrowing needs. Appropriate emergencies might be a car repair, medical care for you or your family, travel expenses in connection with your job, etc. Our loans are not intended to provide a solution for longer-term credit or other financial needs. Alternative forms of credit, such as a credit card cash advance, personal loan, home equity line of credit, existing savings, or borrowing from a friend or relative, may be less expensive and more suitable for your financial needs.

Fast Fund may extend the term of the loan and it may result in additional interest charges. We will never charge you any "hidden fees" that are not fully disclosed in the Loan Agreement or the Loan Cost & Terms. Late fees and non-sufficient funds/returned item fees may apply as described in your Loan Agreement. By authorizing us to process your payment electronically, you are authorizing us to process payment debit entries out of your bank account by using any commercially available methods that we choose, such as, but not limited to, ACH entries, remote checks or transactions through your debit card accessing your bank account. If you fail to repay your loan in accordance with its terms, we may place your loan with, or sell your loan to, a third-party collection agency or other company that acquires and/or collects delinquent consumer debt.

Loans are not available to residents of the following states: Illinois, Arkansas, Connecticut, Georgia, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Mexico, New York, Pennsylvania, South Dakota, Vermont, Virginia, Washington, and West Virginia.

(index.aspx)

 (index.aspx)

Home (index.aspx) □ (tel://833-845-0966)    □ (login.aspx)

How It Works (howitworks.aspx)

FAQs (faq.aspx)

Rewards (rewards)

Contact (contact.aspx)

Privacy Policy (privacy.aspx)

© Fast Fund Lending 2025 | All rights reserved

PO Box 70 | Solon, IA 52333

Sitemap (sitemap.aspx)

## QUESTIONS? CALL 24/7



833-845-0966 (TEL:833-845-0966)

(HTTPS://ONLINELENDERSALLIANCE.ORG/LOOK-FOR-THE-OLA-SEAL/)

**FAST FUND LENDING**

☎ (tel://833-845-0966)   🔒 (login.aspx)

# How to Apply for a Fast Fund Installment Loan

We make speed and your convenience our priority. Here's how it works.

1. *Submit our user-friendly online application & get a decision right away. Review & eSign your loan documents.*

2. *Have a confirmation call with Customer Service if required. Some VIPs are eligible to skip the call. You'll find out when you eSign if a call is needed.*

3. *Now the part you're looking forward to. Fast Fund Lending deposits money into your bank account as soon as today.\**

## BASIC REQUIREMENTS

Compared to the eligibility criteria for most banks and other traditional lenders, Fast Fund Lending's loan requirements are minimal. After we receive your online application and verify that you meet the loan applicant requirements defined below, you could receive your funds as soon as today.\*

- ☑ *You need to be at least 18 years old and a United States resident.*

- ☑ *You must not currently be a debtor in a bankruptcy case or presently intend to voluntarily file for bankruptcy relief.*

- ☑ *You must have an open checking account.*

- ☑ *You must provide a verifiable source of income deposited into your checking account that meets our minimum income requirements.*

---

*\*Same Day Funding is available on business days where pre-approval, eSignature of the loan agreement and completion of the confirmation call, if a call is required, have occurred by 11:45 a.m. Eastern Time and a customer elects ACH as payment method. Customers who complete this process by 1:30 p.m. Eastern on business days may still receive funds on the same day, but some banks may not disburse the funds until the next business day. Other restrictions may apply. Certain financial institutions do not support same day funded transactions. When Same Day Funding is not available, funding will occur the next business day.*

# FAST FUND (index.aspx)

📞 (tel://833-845-0966)    🔒 (login.aspx)

*Fast Fund ("FFL") is a wholly owned entity of the Wakpamni Lake Community Corporation, a tribal corporation owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. FFL is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. FFL operates independently of the Oglala Sioux Tribe. Correspondence should be directed to FFL. As part of a tribal government, FFL is a sovereign corporation and follows all applicable tribal and federal laws. This means that FFL's loan products are provided by a sovereign government and the proceeds of our business fund governmental services for the Tribe and its members. This also means that FFL is not subject to suit or service of process. Rather, FFL is regulated by the Tribal law. If you do business with FFL, your potential forums for dispute resolution will be limited to those available under Tribal law and your loan agreement. As more specifically set forth in FFL's contracts, these forums include a voluntary, informal but affordable and efficient Tribal dispute resolution, or individual arbitration before a neutral arbitrator. Otherwise, FFL is not subject to suit or service of process. Neither FFL nor the Tribe has waived its sovereign immunity in connection with any claims relative to use of this website. If you are not comfortable doing business with a sovereign instrumentality that cannot be sued in court, you should discontinue use of this website. Tribal Lending License. (merchants\ff\pdf\WLCC License FS-48 Fast Fund Lending_2026.pdf)*

*Same Day Funding is available on business days where pre-approval, eSignature of the loan agreement and completion of the confirmation call, if a call is required, have occurred by 11:45 a.m. Eastern Time and a customer elects ACH as payment method. Customers who complete this process by 1:30 p.m. Eastern on business days may still receive funds on the same day, but some banks may not disburse the funds until the next business day. Other restrictions may apply. Certain financial institutions do not support same day funded transactions. When Same Day Funding is not available, funding will occur the next business day. You acknowledge that by completing and submitting the website application that you are applying for a loan. We verify applicant information through national databases including, but not limited to, Clarity, Experian, TransUnion, FactorTrust, DataX, and Equifax and we may pull your credit in order to determine your eligibility and ability to repay.*

*By submitting this form, you are giving your express written consent for Fast Fund's network of lenders to contact you regarding financial programs and services that you might qualify for using email, telephone or text—including use of automated technology, for calls or texts to the number you provided here. This consent is not required to purchase goods or services. Click [here (privacy.aspx)] to see our full Privacy Policy.*

*By entering into an agreement with Fast Fund, you are availing yourself upon the jurisdiction of the Tribe and fully understand and consent that any agreement entered into is governed by all applicable federal law and the laws and lending codes enacted by the Tribe's Federally recognized sovereign government.*

*Fast Fund is not intended to be a long-term financial solution. Fast Fund loans are designed to help you meet your short-term, emergency borrowing needs. Appropriate emergencies might be a car repair, medical care for you or your family, travel expenses in connection with your job, etc. Our loans are not intended to provide a solution for longer-term credit or other financial needs. Alternative forms of credit, such as a credit card cash advance, personal loan, home equity line of credit, existing savings, or borrowing from a friend or relative, may be less expensive and more suitable for your financial needs.*

*Fast Fund may extend the term of the loan and it may result in additional interest charges. We will never charge you any "hidden fees" that are not fully disclosed in the Loan Agreement or the Loan Cost & Terms. Late fees and non-sufficient funds/returned item fees may apply as described in your Loan Agreement. By authorizing us to process your payment electronically, you are authorizing us to process payment debit entries out of your bank account by using any commercially available methods that we choose, such as, but not limited to, ACH entries, remote checks or transactions through your debit card accessing your bank account. If you fail to repay your loan in accordance with its terms, we may place your loan with, or sell your loan to, a third-party collection agency or other company that acquires and/or collects delinquent consumer debt.*

*Loans are not available to residents of the following states: Illinois, Arkansas, Connecticut, Georgia, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Mexico, New York, Pennsylvania, South Dakota, Vermont, Virginia, Washington, and West Virginia.*

(index.aspx)

 (index.aspx)

Home (index.aspx)   📞 (tel:/833-845-0966)   🔒 (login.aspx)

How It Works (howitworks.aspx)

FAQs (faq.aspx)

Rewards (rewards)

Contact (contact.aspx)

Privacy Policy (privacy.aspx)

© Fast Fund Lending 2025 | All rights reserved

PO Box 70 | Solon, IA 52333

Sitemap (sitemap.aspx)

## QUESTIONS? CALL 24/7



833-845-0966 (TEL:833-845-0966)

(HTTPS://ONLINELENDERSALLIANCE.ORG/LOOK-FOR-THE-OLA-SEAL/)

Case 1:25-cv-01893-TWP-MJD    Document 22    Filed 11/24/25    Page 42 of 59 PageID #: 210

**FAST FUND** (index.aspx)
LENDING

📞 (tel://833-845-0966)    🔒 (login.aspx)

# Frequently Asked Questions About Installment Loans

## What Is An Installment Loan?

An installment loan is a convenient way to borrow money and pay it back over several payments. The payment schedule is based on the loan amount, interest rate and number of payments. Except for first and last payments, each loan payment is typically the same amount. At Fast Fund Lending, loan payments are set up to occur on your paydays and new customers typically have 9 months to pay back the loan. For example, a new customer with a 9-month loan who gets paid once a month would have a loan with 9 payments and a new customer who gets paid twice a month or every two weeks would have 18 payments. Members of FFL Premier Rewards may have longer loan terms. You can pay off your loan early without penalty. You may also opt to pay extra on any payment date. The additional amount is applied directly to reduce the principal. Paying extra may cut the total number of payments and potentially could lower the total finance charges you pay.

## How Can I Qualify For A Fast Fund Lending Loan?

It's easy.

- Provide a verifiable source of income deposited into your checking account.
- Have an open checking account.
- You need to be at least 18 years old and a United States resident.
- Your take-home pay has to meet our minimum income requirements.
- You must not currently be a debtor in a bankruptcy case or presently intend to voluntarily file for bankruptcy relief.

## What Will Happen After I Complete My Application?

Your application will be reviewed per our underwriting rules. If you are approved, there are 2 quick steps to getting funded: eSign your loan documents and, if required, talk to Customer Service to confirm your information. We are open 24/7. The cash may be deposited in your



account as soon as today.* Once approved, you also become part of our rewards program, FFL Premier Rewards. 📞 (tel://833-845-0966)    🔒 (login.aspx)
(index.aspx)

## After I Submit My Application, How Long Will It Take Before I Hear Back From You?

Not long. You typically know right away if you're conditionally approved and can eSign your loan at that time. If you need a confirmation call, call us or schedule a time that works for you. We're open 24/7.

## How Soon After Applying Will I Get My Money?

If you have completed the application process by the Same Day Funding deadline on business days, you could see the cash in the bank as soon as today.*

## What Is The Maximum Loan Amount That I Can Qualify For?

It depends on a variety of factors, including your level in our rewards program. The maximum amount a new customer could qualify for in the rewards program is $2,000. Rewards members at the highest level could qualify for up to $3,500.

## When Will I Need To Repay My Loan?

Your payments will be due on scheduled Payment Due Dates, which generally correspond with your pay dates. Our installment loans are usually 9 months for new customers; however, you can pay off in full at any time without penalty. Each loan that is paid in full, on time, counts as you progress in FFL Premier Rewards.





## 3 WAYS TO PAY





### REGULAR PAY

No need to do anything extra. Just make sure there's money in the bank to cover your payments.

Payments are automatically collected according to the schedule in your loan agreement.

### EARLY PAYOFF

**ARRANGE A SINGE PAYMENT TO PAY OFF YOUR ENTIRE LOAN**

CALL, EMAIL, OR CHAT WITH US

Call Customer Service at 833-845-0966 or email info@fastfundlending.com to arrange for Early Payoff.



- Single, larger payment.
- May save significantly on finance charges.
- Payment based on remaining principal & interest rate.

### PAY EXTRA

**ADD A LITTLE - OR A LOT - TO ANY SCHEDULED PAYMENT**



CALL, EMAIL, OR CHAT WITH US

Call Customer Service at 833-845-0966 or email info@fastfundlending.com to arrange to Pay Extra.



- The extra amount reduces your principal.
- May help to save on finance charges.
- Choose this option as often as you like.

**SAVE MONEY ON FINANCE CHARGES AND POSSIBLY SHORTEN THE LIFE OF YOUR LOAN WITH THESE PAYMENT OPTIONS**



Questions? Call us 24/7 at 833-845-0966 (tel://833-845-0966).

## Can I Pay My Loan Back Early?

Yes, you can pay your loan back early without penalty. It may reduce the finance charges you pay. Each loan you pay back in full with no missed or late payments also counts toward advancing in FFL Premier Rewards.

## What If I Have Problems Making A Payment?

Please call Customer Service right away at 833-845-0966 (tel:833-845-0966). We can help you explore your options. We're available 24/7.

## I Don't Have A Printer And I Want To Print A Copy Of My Loan Documents. Can I Get My Documents Another Way?

**FAST FUND LENDING**

Yes, we can email or fax your loan documents. Just let one of our representatives know your preferences by calling us at 833-845-0966 (tel://833-845-0966) anytime, 24/7. Or you can download your documents in the customer portal after logging in.

(tel://833-845-0966) 🔒 (login.aspx)

(index.aspx)

## Are Your Loans Secure And Confidential?

Yes. All the loans we make are transacted on our secure servers and utilize industry standard security protocols. Your non-public information is completely confidential and protected by our Privacy Policy (privacy.aspx).

## What Is The Equal Credit Opportunity Act?

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

## Where Can I Read The Privacy Policy?

This Fast Fund Lending privacy policy (the "Privacy Policy") is intended to inform you of our policies and practices regarding the collection, use and disclosure of any information you submit to us through www.fastfundlending.com (https://www.fastfundlending.com). This includes "Personal Information", which is information about you that is personally identifiable such as your name, e-mail address, full content of your e-mail, customer ID number, application number, and other non-public information that is associated with the foregoing.

### User Consent

By accessing or otherwise using www.fastfundlending.com (https://www.fastfundlending.com), you agree to this Privacy Policy (privacy.aspx) and expressly consent to the processing of your Personal Information in accordance with this Privacy Policy.

Your Personal Information may be processed by us in the country where it was collected as well as other countries (including the United States) where laws regarding processing of Personal Information may be less stringent than the laws in your country.

**FAST FUND** LENDING

📞 (tel://(833-845-0966)  🔒 (login.aspx) (index.aspx)

| FACTS | WHAT DOES FAST FUND LENDING DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do |
| What? | When you use Fast Fund Lending's online sites, we may collect and share your personal information that you provide via forms, applications, surveys, and other online fields. This information can include:<br><br>• Name, address, and contact information;<br>• Social Security number and income information;<br>• Payment history and employment information;<br>• Financial account details and account balances; or<br>• Information from identification documentation, such as your driver's license, passport, or utility bills. |



**FAST FACTS** (index.aspx)

📞 (tel://833-645-0766)   🖥 (login.aspx)

### WHAT DOES FAST FUND LENDING DO WITH YOUR PERSONAL INFORMATION?

| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Fast Fund Lending chooses to share; and whether you can limit this sharing. |
| --- | --- |

| Reasons we can share your personal information | Does Fast Fund Lending share? | Can you limit this sharing? |
| --- | --- | --- |
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | Yes |
| For joint marketing with other financial companies | No | We Do Not Share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | No | N/A |

**FAST FUND LENDING**

| Reasons we can share your personal (index.aspx) information | Does Fast Fund Lending (tel://833-845-0966) share? (login.aspx) | Can you limit this sharing? |
|---|---|---|
| For our affiliates' everyday business purposes – information about your creditworthiness | No | N/A |
| For our affiliates to market to you | No | N/A |
| For non-affiliates to market to you | No | N/A |
| Mobile information sharing with non-affiliates for their marketing purposes. **Note: No mobile information will be shared with non-affiliates for marketing purposes. All the above categories exclude text messaging originator opt-in data and consent; this information will not be sold to any third parties.** | No | N/A |



## limit our sharing (index.aspx)

📞 (tel://833-845-0966) Call 833-845-0966 🔒 (login.aspx) and ask to speak with our Office of the Ombudsman about your privacy sharing.

- Send us an email at ombudsman@fastfundlending.com (mailto: ombudsman@fastfundlending.com ) with the details of what information you would like to limit our sharing.

- You can also limit sharing by logging into your preferences page on www.fastfundlending.com (https://www.fastfundlending.com)

**Please note:**

If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we can share your information as described in this notice.

However, you can contact us at any time to limit our sharing.

| **Questions?** | Call 833-845-0966 or go to www.fastfundlending.com (https://www.fastfundlending.com). |
|---|---|

## Who we are

| Who is providing this notice? | Fast Fund Lending, a business entity of Wakpamni Lake Community District of the Oglal Sioux Tribe, is providing this privacy policy. |
|---|---|



**Who we are** (index.aspx)
**What we do**

📞 (tel://833-845-0966)    🔒 (login.aspx)

| How Fast Fund Lending protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings. |
| --- | --- |

## Who we are
(index.aspx)

📞 (tel://833-845-0966)    🔒 (login.aspx)

How does Fast Fund Lending collect my personal information?

We collect your personal information, for example, when you:

- Apply for a loan
- Give us your income information
- Tell us where to send the money
- Provide account information
- Provide employment information

**Personal Information from Other Sources**

We also collect your personal information from others, such as credit bureaus, affiliates, or other companies.

**Cookies and Other Tracking Technology**

Fast Fund Lending uses cookies and other tracking technology, to monitor website performance. These other tracking technologies may include some combination of web beacons, clear GIFs, or pixel tags. Cookies and other tracking technology allow us to collect and store information, such as your browser type, your Internet Protocol (IP) address, operating system, the date and time you spend on our sites, the pages you visited, your language preferences, the solutions and information for which you searched and viewed, the advertisements displayed on Fast Fund Lending you clicked, and other anonymous visit data. We may use this information to improve the quality of our sites or to make Fast Fund Lending more useful to you.

We may share your content preferences and other information with the social network from which you have connected to Fast



**Who we are**
(index.aspx)

📞 (tel://833-845-0966)    🔒 (login.aspx)

Fund Lending, along with those companies and persons you have asked us to share your information with. Additionally, if you provide feedback to us, we may use and disclose such feedback for any purpose, provided we do not associate such feedback with your Personal Information. We will collect any information contained in such feedback and will treat the Personal Information in it in accordance with this Privacy Policy. You agree that any such comments we receive becomes our property. We may use feedback for marketing purposes or to add to or modify our services without paying any royalties or other compensation to you.

Fast Fund Lending may also contract with third-party companies that use cookies, web beacons, clear GIFs, pixel tags, and other tracking technology for our sites' analytics and to advertise our products and services on unaffiliated websites and mobile apps. With our approval, these companies will have access to your information as needed to perform their functions, but they cannot use your information for any other purpose. These companies will not have access to information that can personally identify you.

**YOUR CHOICES**

Most web browsers are initially set up to accept cookies. Some web browsers have a "do not track" feature that lets you tell websites that you do not want to have your online activities tracked. In order to use our services offered through Fast Fund Lending however, your web browser must accept Cookies. If you choose to disable Cookies,



## FAST FUND LENDING

**Who we are** (index.aspx)

📞 (tel://833-845-0966)     🔒 (login.aspx)

|  | some aspects of Fast Fund Lending may not work properly, and you may not be able to receive our services. |
|---|---|
| Why can't I limit all sharing? | You have the right to limit only:<br><br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you |

| **Definitions** | |
|---|---|
| Affiliates | Companies related by common ownership or control.They can be financial and non-financial companies.<br><br>• *Our affiliates include other business entities of the Oglala Sioux Tribe* |
| Non-affiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Fast Fund Lending does not share with non-affiliates so they can market to you* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• *Our joint marketing partners can include institutions such as other lenders or marketers.* |



**Definitions** (index.aspx)

Of Owner:

📞 (tel://833-845-0966)    🔒 (login.aspx)

We may disclose certain personal and non-personal information we collect from your use of our sites to companies that perform services on our behalf, including those who assist us in processing transactions, transactional communication, and responding to user inquiries. If you do not want us to use or disclose Personal Information collected about you in the manner identified in this Privacy Policy, you should not use Fast Fund Lending.

In the event we go through a business transition such as a merger, acquisition by another company, sale of all or a portion of assets, or other business transition, your Personal Information may be among the assets transferred. You acknowledge that such transfers may occur and are permitted by this Privacy Policy, and that any acquirer of ours may continue to process your Personal Information as set forth in this Privacy Policy.

We may disclose your Personal Information if we believe in good faith that such disclosure is necessary to (a) comply with relevant laws or to respond to subpoenas or warrants served on us; or (b) to protect and defend our rights or property, you, or third parties. You hereby consent to us sharing your Personal Information under the circumstances described herein.

Fast Fund Lending may contain links to other websites. Please be aware that we are not responsible for the privacy practices or the content of such other websites. This Fast Fund Lending privacy policy applies solely to information collected by us through www.fastfundlending.com (https://www.fastfundlending.com) and does not apply to these third-party websites. The ability to access information of third-parties from Fast Fund Lending, or links to other websites or locations, is for your convenience and does not signify our endorsement of such third-parties, their products, their services, other websites, locations or their content.

Our third-party platform provider is a third-party beneficiary of our third-party service provider's arbitration, class action, and jury waiver provisions.

*Mobile Device Opt-Out:* To opt-out of receiving targeted ads that are based on your behavior across different mobile applications follow the instructions below for iOS and Android devices:

   iOS 7 or Higher: Go to your Settings> Select Advertising> Enable the "Limit Ad Tracking" setting; and

   For Android devices with OS 2.2 or higher and Google Play Services version 4.0 or higher:



**Definitions** (index.aspx)          📞 (tel://833-845-0966)          🔒 (login.aspx)

on your Google Settings App> Select Ads> Enable "Opt-out of interest-based advertising".

*Industry Opt-Out Tools and Self-Regulation:* You may use the NAI opt-out tool [HERE] (https://optout.networkadvertising.org/?c=1) which will allow you to opt-out of seeing personalized ads from us and form other NAI approved member companies.

*Fast Fund Lending (FFL) is a wholly owned entity of the Wakpamni Lake Community Corporation, a tribal corporation owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. FFL is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. As a tribal entity, FFL is a sovereign corporation and follows all applicable tribal and federal laws.*
*What does it mean to do business with a sovereign enterprise?*

This means that Fast Fund Lending's loan products are provided by a sovereign government and the proceeds of our business fund governmental services for the Tribe and its members. This also means that Fast Fund Lending is not subject to suit or service of process. Rather, Fast Fund Lending is regulated by the Tribe. If you do business with Fast Fund Lending, your potential forums for dispute resolution will be limited to those available under Tribal law and your loan agreement. As more specifically set forth in Fast Fund Lending's loan agreement, these forums include a voluntary, informal but affordable and efficient Tribal dispute resolution, or individual arbitration before a neutral arbitrator. Otherwise, Fast Fund Lending is not subject to suit or service of process. Neither Fast Fund Lending nor the Tribe has waived its sovereign immunity in connection with any claims relative to use of this website. If you are not comfortable doing business with a sovereign instrumentality that cannot be sued in court, you should discontinue use of this website and you should not borrow money from Fast Fund Lending.

It is our belief and goal that doing business with our sovereign enterprise should be a positive experience. We pride ourselves on excellent customer service. Also, the Tribe has developed customer-friendly, efficient procedures for affordable resolution of any Fast Fund Lending customer dispute. The Tribe works hard to ensure fairness and ease of use for positive Fast Fund Lending customer experiences.

# WHAT WILL MY LOAN COST?

Case 1:25-cv-01893-TWP-MJD    Document 22    Filed 11/24/25    Page 56 of 59 PageID #: 224

The interest rate in this pricing grid is derived from the concept of charging a fee per $100 borrowed, per pay period. This method is used to calculate an interest rate on an amortizing loan. (tel://833-845-0966) (login.aspx) (index.aspx) pay your loan back early without penalty – which may also reduce the finance charges you pay.

This table does not include the savings that members of FFL Premier Rewards earn in the program when they choose ACH as their payment method.

**Rates by Payment Method Chosen And Customer Category:**

|  | **WEEKLY PAY PERIOD** | **BI-WEEKLY PAY PERIOD** | **SEMI-MONTHLY PAY PERIOD** | **MONTHLY PAY PERIOD** |
|---|---|---|---|---|
| New Customer | up to $14.75 | up to $29.50 | up to $29.50 | up to $59.00 |
| *Returning Customer* |  |  |  |  |
| Electronic Debit Authorization (ACH) | See Rewards Level Discounts (/rewards) | See Rewards Level Discounts (/rewards) | See Rewards Level Discounts (/rewards) | See Rewards Level Discounts (/rewards) |
| Non-ACH payments | $12.25 | $24.50 | $24.50 | $49.00 |

The loan agreement, provided upon approval, discloses loan details including the APR, which is based on borrowed amount, duration of the loan, customer rewards status and other factors.

# LOAN PAYMENT INFORMATION

All loans have an agreed upon due date as covered in the customer loan agreement. If payment is not received by the due date, insufficient funds fees or other fees may apply as detailed in each customer loan agreement. All collections efforts on past due accounts are conducted in a professional, fair and lawful manner in accordance with applicable laws. For customers having difficulty repaying their loan, repayment plans may be available. For further information please contact our customer service representatives at least three (3) days prior to your scheduled due date at 833-845-0966.

*Same Day Funding is available on business days where pre-approval, eSignature of the loan agreement and completion of the confirmation call, if a call is required, have occurred by 11:45 a.m. Eastern Time and a customer elects ACH as payment method. Customers who complete this process by 1:30 p.m. Eastern on business days may still receive funds on the same day, but some banks may not disburse the funds until the next business day. Other restrictions may apply. Certain financial institutions do not support same day funded transactions. When Same Day Funding is not available, funding will occur the next business day.

Fast Fund Lending (FFL) is a wholly owned entity of the Wakpamni Lake Community Corporation, a tribal corporation owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. FFL is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. FFL operates independently of the Oglala Sioux Tribe. Correspondence should be directed to FFL. As part of a tribal government, FFL is a sovereign corporation and follows all applicable tribal and federal laws. This means that FFL's loan products are provided by a sovereign government and the proceeds of our business fund governmental services for the Tribe and its members. This also means that FFL is not subject to suit or service of process. Rather, FFL is regulated by the Tribal law. If you do business with FFL, your potential forums for dispute resolution will be limited to those available under Tribal law and your loan agreement. As more specifically set forth in FFL's contracts, these forums include a voluntary, informal but affordable and efficient Tribal dispute resolution, or individual arbitration before a neutral arbitrator. Otherwise, FFL is not subject to suit or service of process. Neither FFL nor the Tribe has waived its sovereign immunity in connection with any claims relative to use of this website. If you are not comfortable doing business with a sovereign instrumentality that cannot be sued in court, you should discontinue use of this website. Tribal Lending License. (merchants\ff\pdf\WLCC License FS-48 Fast Fund Lending_2026.pdf)

Same Day Funding is available on business days where pre-approval, eSignature of the loan agreement and completion of the confirmation call, if a call is required, have occurred by 11:45 a.m. Eastern Time and a customer elects ACH as payment method. Customers who complete this process by 1:30 p.m. Eastern on business days may still receive funds on the same day, but some banks may not disburse the funds until the next business day. Other restrictions may apply. Certain financial institutions do not support same day funded transactions. When Same Day Funding is not available, funding will occur the next business day. You acknowledge that by completing and submitting the website application that you are applying for a loan. We verify applicant information through national databases including, but not limited to, Clarity, Experian, TransUnion, FactorTrust, DataX, and Equifax and we may pull your credit in order to determine your eligibility and ability to repay.

By submitting this form, you are giving your express written consent for Fast Fund's network of lenders to contact you regarding financial programs and services that you might qualify for using email, telephone or text—including use of automated technology, for calls or texts to the number you provided here. This consent is not required to purchase goods or services. Click [here (privacy.aspx)] to see our full Privacy Policy.

By entering into an agreement with Fast Fund, you are availing yourself upon the jurisdiction of the Tribe and fully understand and consent that any agreement entered into is governed by all applicable federal law and the laws and lending codes enacted by the Tribe's Federally recognized sovereign government.

Fast Fund is not intended to be a long-term financial solution. Fast Fund loans are designed to help you meet your short-term, emergency borrowing needs. Appropriate emergencies might be a car repair, medical care for you or your family, travel expenses in connection with your job, etc. Our loans are not intended to provide a solution for longer-term credit or other financial needs. Alternative forms of credit, such as a credit card cash advance, personal loan, home equity line of credit, existing savings, or borrowing from a friend or relative, may be less expensive and more suitable for your financial needs.

Fast Fund may extend the term of the loan and it may result in additional interest charges. We will never charge you any "hidden fees" that are not fully disclosed in the Loan Agreement or the Loan Cost & Terms. Late fees and non-sufficient funds/returned item fees may apply as described in your Loan Agreement. By authorizing us to process your payment electronically, you are authorizing us to process payment debit entries out of your bank account by using any commercially available methods that we choose, such as, but not limited to, ACH entries, remote checks or transactions through your debit card accessing your bank account. If you fail to repay your loan in accordance with its terms, we may place your loan with, or sell your loan to, a third-party collection agency or other company that acquires and/or collects delinquent consumer debt.

Loans are not available to residents of the following states: Illinois, Arkansas, Connecticut, Georgia, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Mexico, New York, Pennsylvania, South Dakota, Vermont, Virginia, Washington, and West Virginia.

Case 1:25-cv-01893-TWP-MJD    Document 22    Filed 11/24/25    Page 58 of 59 PageID #: 226

 **(index.aspx)**

📞 (tel://833-845-0966)    🔒 (login.aspx)

(index.aspx)

Home (index.aspx)

How It Works (howitworks.aspx)

FAQs (faq.aspx)

Rewards (rewards)

Contact (contact.aspx)

Privacy Policy (privacy.aspx)

© Fast Fund Lending 2025 | All rights reserved

PO Box 70 | Solon, IA 52333

Sitemap (sitemap.aspx)

## QUESTIONS? CALL 24/7

## 833-845-0966 (TEL:833-845-0966)

 (HTTPS://ONLINELENDERSALLIANCE.ORG/LOOK-FOR-THE-OLA-SEAL/)

Login

# A specialty finance firm focused on direct lending

Founded in 2014, Dimension Credit is a specialty finance firm focused on direct lending.  Dimension Credit executives have extensive management experience in senior secured lending, investment banking, and portfolio management.  We leverage a data driven approach that drives our underwriting and risk management delivering consistent attractive returns for our investors.

ADDRESS

20 Genesis Close
George Town, Grand Cayman
KY1-1208

TELEPHONE

(345) 743-4667