UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANTHONY YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>WLCC LENDING FFL<br>d/b/a FAST FUND LENDING,<br>WAKPAMNI LAKE COMMUNITY CORPORATION,<br>WAKPAMNI LAKE COMMUNITY CORPORATION II<br>d/b/a WLCC II,<br>BRET A. CRANDALL,<br>RAYCEN RAINES III<br>a/k/a RAYCEN AMERICAN HORSE RAINES<br>f/k/a RAYCEN BALLARD,<br>DIMENSION CREDIT (CAYMAN), L.P.,<br>SEVEN MILE CREDIT, LLC,<br>DAVID JOHNSON,<br>KIRK MICHAEL CHEWNING,<br>CANE BAY PARTNERS VI, LLLP,<br>JOHN DOES 1-20,<br><br>Defendants. | ) | No. 1:25-cv-01893-TWP-MJD |

**SHOW CAUSE ORDER**

On September 19, 2025, Plaintiff Anthony Young initiated this action against Defendants WLCC Lending FFL d/b/a Fast Fund Lending, Wakpamni Lake Community Corporation, Wakpamni Lake Community Corporation II d/b/a WLCC II, Bret A. Crandall, Raycen Raines, III a/k/a Raycen American Horse Raines f/k/a Raycen Ballard, Dimension Credit (Cayman), L.P., Seven Mile Credit, LLC, David Johnson, Kirk Michael Cherning, Cane Bay Partners VI, LLLP, and John Does 1-20.

Magistrate Judge Mark J. Dinsmore granted Plaintiff's motion for leave to file an amended complaint, which was subsequently filed by Plaintiff. (*See* Dkts. 21, 22). Plaintiff's amended complaint names as Defendants WLCC Lending FFL d/b/a Fast Fund Lending, Wakpamni Lake Community Corporation, Wakpamni Lake Community Corporation II d/b/a WLCC II, Bret A. Crandall, Raycen Raines, III a/k/a Raycen American Horse Raines f/k/a Raycen Ballard, Dimension Credit (Cayman), L.P., Seven Mile Credit, LLC, and John Does 1-20.

Mr. Young is given until **December 15, 2025** to Show Cause why David Johnson, Kirk Michael Cherning, and Cane Bay Partners VI, LLLP should not be terminated as Defendants in this case. If nothing is filed by December 15, 2025, the **clerk is directed** to terminate David Johnson, Kirk Michael Cherning, and Cane Bay Partners VI, LLLP, as defendants on the docket, as they are not listed as Defendants in the Amended Complaint.

**IT IS SO ORDERED.**

Date: 12/8/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Dulijaza Clark
Edelman, Combs, Latturner & Goodwin, LLC
jclark@edcombs.com

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
courtecl@edcombs.com

Alexandra Huzyk
Edelman, Combs, Latturner & Goodwin
ahuzyk@edcombs.com

Steve Lozier
Troutman Pepper Locke LLP
stephen.lozier@troutman.com