**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ANTHONY YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>WLCC LENDING FFL<br>d/b/a FAST FUND LENDING,<br>WAKPAMNI LAKE COMMUNITY CORPORATION,<br>WAKPAMNI LAKE COMMUNITY CORPORATION II<br>d/b/a WLCC II,<br>BRET A. CRANDALL,<br>RAYCEN RAINES III<br>a/k/a RAYCEN AMERICAN HORSE RAINES<br>f/k/a RAYCEN BALLARD,<br>DIMENSION CREDIT (CAYMAN), L.P.,<br>SEVEN MILE CREDIT, LLC,<br>DAVID JOHNSON,<br>KIRK MICHAEL CHEWNING,<br>CANE BAY PARTNERS VI, LLLP,<br>JOHN DOES 1-20,<br><br>Defendants. | ) | No. 1:25-cv-01893-TWP-MJD |

**ORDER**

This matter is before the Court on Plaintiff's Response to the Court's Order to Show Cause (Dkt. 26). The Order to Show Cause (Dkt. 25) is **discharged**.

As requested by Plaintiff, the **clerk is directed** to terminate David Johnson, Kirk Michael Cherning, and Cane Bay Partners VI, LLLP, as defendants on the docket.

**IT IS SO ORDERED.**

Date: 12/16/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Dulijaza Clark
Edelman, Combs, Latturner & Goodwin, LLC
jclark@edcombs.com

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
courtecl@edcombs.com

Alexandra Huzyk
Edelman, Combs, Latturner & Goodwin
ahuzyk@edcombs.com

Steve Lozier
Troutman Pepper Locke LLP
stephen.lozier@troutman.com