**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**Acknowledged**
TWP
April 1, 2026

| | | |
|---|---|---|
| ANTHONY YOUNG,<br>on behalf of Plaintiff and the class<br>members described herein,<br><br>Plaintiff,<br><br>v.<br><br>DIMENSION CREDIT (CAYMAN), L.P.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:25-cv-01893-TWP-MJD |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anthony Young ("Plaintiff") files this Notice of Voluntary Dismissal, dismissing Plaintiff's individual claims against Defendant Dimension Credit (Cayman), L.P. with prejudice and without costs, and the claims of the putative class members against Defendant Dimension Credit (Cayman), L.P. without prejudice and without costs.

Respectfully submitted,

*/s/ Alexandra Huzyk*
Alexandra Huzyk

Daniel A. Edelman
Julie Clark
Alexandra R. Huzyk
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
dedelman@edcombs.com
jclark@edcombs.com
ahuzyk@edcombs.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Alexandra Huzyk, certify that on March 30, 2026, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice to all counsel of record. I further certify that a copy was sent via email to:

Dimension Credit (Cayman), L.P. c/o Frank F. Velocci – frank.velocci@faegredrinker.com

*/s/ Alexandra Huzyk*
Alexandra Huzyk